

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEAMSTERS LOCAL 282 PENSION TRUST
FUND,
    Plaintiff,

    -v-

MOODY'S CORPORATION and LINDA S.
HUBER,

    Defendants.

Case No. 

Rule 7.1 Statement

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Teamsters Local 282 Pension Trust Fund (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held. (None)

Date: September 24, 2007

Signature of Attorney
Ira M. Press
Attorney Bar Code: 5313

Form Rule7_1.pdf