# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEAMSTERS LOCAL 282 PENSION TRUST FUND, Individually and on Behalf of all Others Similarly Situated,  **Plaintiff,** | Case No. 1:07-CV-8375-SWK |
| -v- | **Rule 7.1 Statement** |
| MOODY'S CORPORATION and LINDA S. HUBER,  **Defendant.** | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Moody's Corporation _____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Moody's Corporation is a publicly held company which owns no publicly held subsidiaries and has no publicly held affiliates.

**Date:** ___4/4/08_____              ___/s/ Sharon Nelles_____
                                          **Signature of Attorney**

                                          **Attorney Bar Code:** 2613073