AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

Southern            DISTRICT OF            New York

**APPEARANCE**

Case Number: 1:07-CV-8375-SWK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Moody's Corporation and Linda S. Huber

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/4/08 | /s/ Stephen Ehrenberg |
| Date | Signature |
| | Stephen Ehrenberg     4161816 |
| | Print Name     Bar Number |
| | 125 Broad Street |
| | Address |
| | New York     New York     10004 |
| | City     State     Zip Code |
| | (212) 558-4000     (212) 558-3588 |
| | Phone Number     Fax Number |