AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern　　　　　DISTRICT OF　　　　　New York

**APPEARANCE**

Case Number:  1:07-CV-8375-SWK

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Moody's Corporation and Linda S. Huber

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/4/08 | /s/ Darrell S. Cafasso |
| Date | Signature |
| | Darrell Cafasso　　　　4147849 |
| | Print Name　　　　Bar Number |
| | 125 Broad Street |
| | Address |
| | New York　　　New York　　　10004 |
| | City　　　State　　　Zip Code |
| | (212) 558-4000　　　(212) 558-3588 |
| | Phone Number　　　Fax Number |