

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEAMSTERS LOCAL 282 PENSION
TRUST FUND, Individually and on
Behalf of all Others Similarly Situated,

                Plaintiff,

v.

MOODY'S CORPORATION and
LINDA S. HUBER,

                Defendants.

CASE NO. 1:07-CV-8375-SWK

STIPULATION AND [REDACTED]
ORDER ON SCHEDULING AND
CONSOLIDATION

---

It is hereby stipulated and agreed to, by and among the parties to this action and the related *Nach* action (as described below), through their undersigned counsel, that:

**Whereas**, this action was filed on September 26, 2007 as a class action on behalf of a putative class of investors in Moody's Corporation securities during the period from October 25, 2006 through July 10, 2007, asserting claims under Section 10(b) of the Securities Exchange Act of 1934; and

**Whereas**, on July 19, 2007, the action of *Nach v. Huber*, No. 07-4071, was filed in the U.S. District Court for the Northern District of Illinois. The *Nach* case was filed on behalf of a putative class that is identical to the proposed class in this action asserting claims under Section 10(b) of the Securities Exchange Act of 1934 against, *inter alia*, one of the named defendants in the above-captioned action, and plaintiff therein; and

**Whereas**, in accordance with the Private Securities Litigation Reform Act of 1995 ("PSLRA"), motions were filed in the *Nach* case by putative class members seeking appointment of lead plaintiffs and lead counsel; and

**Whereas**, by order dated December 12, 2007, the court in the *Nach* action

appointed as lead plaintiff, putative class members Teamsters Local 282 Pension Trust Fund (the named plaintiff herein), Charles W. McCurley, Jr., and Lewis Wetstein, and appointed the law firms of Kirby McInerney LLP, Glancy Binkow & Goldberg LLP and Schriffrin Barroway Topaz & Kessler, LLP as lead counsel for the putative class; and

**Whereas,** lead plaintiffs and lead counsel moved to transfer the *Nach* action to this District, and in said application, referenced the pendency of the above-captioned action in this District which purports to represent the same putative class as the *Nach* action, and asserts claims arising out of the same provisions of the federal securities laws; and

**Whereas,** by order dated January 24, 2008, the District Court for the Northern District of Illinois granted the motion to transfer the *Nach* action to this Court.

**Now, therefore,** the parties agree as follows:

1. The above-captioned action and the *Nach* action are consolidated for all purposes, including pre-trial proceedings, trial and appeal (the "Consolidated Action"). Any other actions that arise out of and relate to the same subject matter as the above-referenced cases and that are filed in or transferred to this District shall be consolidated into this action for all purposes. This Order shall apply to every such related action, absent further order of the Court. Any party that objects to such consolidation, or any provision of this Order, must file an application for relief from this Order within ten (10) days after the date upon which a copy of this Order is served on counsel for such party. Nothing in the foregoing shall be construed as a waiver of the defendants' right to object to consolidation of any subsequently filed or transferred related action.

2. A Master File is established for this Consolidated Action. The Master File shall be Civil Action No. 1:07-cv-8375. The Clerk shall file all pleadings in the Master File and

note such filings on the Master Docket.

3. An original copy of this Order shall be filed by the Clerk in the Master File.

4. The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

5. Every pleading filed in the Consolidated Action shall have the following caption:

| In re MOODY'S CORPORATION SECURITIES LITIGATION | Civil Action No. 1:07-cv-8375-SWK |

6. The parties shall file a Notice of Related Cases whenever any action that should be consolidated as part of the Consolidated Action is filed in or transferred to this District.

7. When a case that arises out of and relates to the same subject matter of the Consolidated Action is hereinafter filed in or transferred to this District, the Clerk of this Court shall:

    a. File a copy of this Order in the separate file for such action;

    b. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly-filed or transferred case; and

    c. Make the appropriate entry in the Master Docket for the Consolidated Action.

8. The previously-appointed lead plaintiff and counsel shall file their Consolidated Amended Complaint within sixty (60) days following entry of this Order.

9. Defendants shall answer or move to dismiss the Consolidated Amended Complaint no later than sixty (60) days after it is filed.

10. In the event that defendants move to dismiss the Consolidated Amended Complaint, lead plaintiffs shall serve their opposition within forty-five (45) days following service of said motion.

11. Defendants shall file their reply in further support of their dismissal motion within thirty (30) days after lead plaintiffs serve their opposition papers.

Dated: February 14, 2008

                **KIRBY McINERNEY LLP**

                By: *Ira M. Press*
                    Ira M. Press
                    Daniel Hume
                830 Third Avenue
                New York, New York 10022
                Telephone: (212) 371-6600
                Facsimile: (212) 751-2540

                **GLANCY BINKOW & GOLDBERG LLP**
                Lionel Z. Glancy
                Michael M. Goldberg
                1801 Avenue of the Stars
                Suite 311
                Los Angeles, CA 90067
                Telephone: (310) 201-9150

                *and*

                Frederick W. Gerkens, III (FG-7595)
                1501 Broadway, Suite 1900
                New York, New York 10036
                Telephone: (917) 510-0009)
                Facsimile: (646) 366-0895

          **SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Stuart L. Berman
Sean M. Handler
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7056
Facsimile: (610) 667-7706

*Lead Counsel for Plaintiffs and the Putative Class*

DATED: February 14, 2008

**SULLIVAN & CROMWELL LLP**

By: _____
Richard H. Klapper
Sharon L. Nelles
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants*

SO ORDERED:

DATED: April 28, 2008

_____
Honorable Shirley W. Kram
United States District Judge