UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    x
In re MOODY'S CORPORATION           x    07 Cv. 8375 (SWK)
SECURITIES LITIGATION               x
                                    x    **ORDER**
------------------------------------X

**SHIRLEY WOHL KRAM, U.S.D.J.**

For the reasons set forth in the Stipulation and Order on Scheduling and Consolidation, see 07 Cv. 8375 (SWK), Dkt. No. 7, the action captioned, Nach v. Huber, 08 Cv. 1536 (SWK), is hereby consolidated with this action for all purposes, including pretrial proceedings, trial, and appeal. The master file for the consolidated action is 1:07-cv-8375. Attorneys who filed a notice of appearance in the Nach action shall be added to the attorneys to be noticed in the consolidated action.

SO ORDERED.

_____
SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         May 28, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 5/28/08