UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOODY'S CORPORATION SECURITIES LITIGATION | No. 1:07-cv-8375-SWK<br><br>**NOTICE OF CHANGE OF LAW FIRM ADDRESS** |

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Kirby McInerney LLP has moved its office from **830 Third Avenue, 10th Floor New York, NY 10022** to **825 Third Avenue, 16th Floor, New York NY 10022.** In addition, the firm's domain name has changed from "**kmslaw.com**" to "**kmllp.com**". The telephone and facsimile numbers remain the same.

Dated: July 24, 2008

Respectfully submitted,

**KIRBY McINERNEY LLP**

By:   /s/
Ira M. Press
825 Third Avenue, 16th Floor
New York, NY 10022
Tel:  (212) 371 - 6600
Fax:  (212) 751 - 2540
E-mail: ipress@kmllp.com

*Counsel for Plaintiffs*