UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   x
In re MOODY'S CORPORATION          x        07 Cv. 8375 (SWK)
SECURITIES LITIGATION              x
                                   x        **ORDER**
-----------------------------------X

**SHIRLEY WOHL KRAM, U.S.D.J.**

Pursuant to Rule 5 of the Court's Rules for Attorneys, counsel for lead plaintiffs have requested a pre-motion conference in order to address their contemplated motion to modify the discovery stay imposed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Counsel have summarized the grounds for the contemplated motion and provided a draft copy of that motion, as well as a supporting affidavit. After reviewing these materials, the Court has determined that lead plaintiffs may file their motion to modify the PSLRA discovery stay without a prior pre-motion conference.

Before filing that motion, however, counsel for lead plaintiffs shall confer with counsel for defendants regarding a briefing schedule. On or before August 26, 2008, the parties shall file a stipulated briefing schedule, or shall file a brief statement explaining why their attempts to agree upon a schedule have failed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/19/08

SO ORDERED.

SHIRLEY WOHL KRAM
UNITED STATES DISTRICT JUDGE


Dated:      New York, New York
            August 19, 2008