UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re MOODY'S CORPORATION SECURITIES LITIGATION | : CASE NO. 1:07-CV-8375-SWK : : STIPULATION AND [PROPOSED] : REVISED SCHEDULING ORDER |

It is hereby stipulated and agreed to, by and among the parties to this action, through their undersigned counsel, that:

**Whereas**, in accordance with the stipulation and order on consolidation and scheduling, entered by the Court on April 28, 2008, lead plaintiffs filed their Consolidated Amended Complaint on June 27, 2008.

**Now, therefore**, the parties agree to a revised scheduling order as follows:

(a)  Defendants shall answer, move or otherwise respond to the Consolidated Amended Complaint on or before September 26, 2008;

(b)  In the event that defendants move to dismiss or otherwise respond by motion to the Consolidated Amended Complaint in lieu of an answer, lead plaintiffs shall have until November 17, 2008 to respond in opposition, and defendants shall have until December 19, 2008 to reply.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/3/08

Dated: August 8, 2008

        **KIRBY McINERNEY LLP**

        By: *[signature: Ira M. Press /ac]*
        Ira M. Press (IP 5313)
        Roger W. Kirby
        David Bishop
        825 Third Avenue, 16th Floor
        New York, New York 10022
        Telephone: (212) 371-6600
        Facsimile:  (212) 751-2540

        **GLANCY BINKOW & GOLDBERG LLP**
        Lionel Z. Glancy
        Michael M. Goldberg
        Frederick W. Gerkins III
        1801 Avenue of the Stars, Suite 311
        Los Angeles, California 90067
        Telephone: (310) 201-9150
        Facsimile:  (310) 201-9160

        **SCHIFFRIN BARROWAY TOPAZ &**
        **KESSLER, LLP**
        Stuart L. Berman
        Michael K. Yarnoff
        Benjamin J. Hinerfeld
        280 King of Prussia Road
        Radnor, Pennsylvania 19087
        Telephone: (610) 667-7056
        Facsimile:  (610) 667-7056

        **LABATON SUCHAROW LLP**
        Christopher Keller
        Jonathan Gardner
        Serena Richardson
        140 Broadway
        New York, New York 10005
        Telephone: (212) 907-0700
        Facsimile:  (212) 818-0477

        *Co-lead Counsel for Lead Plaintiffs*

DATED: August 8, 2008

                                                  **SULLIVAN & CROMWELL LLP**

                                                  By: /s/ Sharon L. Nelles
                                                  Sharon L. Nelles (SN 3177)
                                                  Stephen Ehrenberg
                                                  Darrell S. Cafasso
                                                  125 Broad Street
                                                  New York, New York 10004
                                                  Telephone: (212) 558-4000
                                                  Facsimile: (212) 558-3588

                                                  *Counsel for Defendants*

SO ORDERED:

DATED: September 3, 2008                 /s/ Shirley W. Kram
                                                  Honorable Shirley W. Kram
                                                  United States District Judge