UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

In re MOODY'S CORPORATION :    CASE NO. 1:07-CV-8375-SWK
SECURITIES LITIGATION :
                                     :
                                     :    STIPULATION TO ESTABLISH
                                     :    BRIEFING SCHEDULE
                                     :
                                     :
                                     :
_____

      **WHEREAS**, counsel for lead plaintiffs requested a pre-motion conference in order to address their contemplated motion to modify the discovery stay imposed by the Private Securities Litigation Reform Act of 1995;

      **WHEREAS**, the Court has determined that lead plaintiffs may file their motion to modify the PSLRA discovery stay without a prior pre-motion conference;

      **WHEREAS**, the Court has determined that counsel for lead plaintiffs must confer with counsel for defendants regarding a briefing schedule;

      **WHEREAS**, undersigned counsel have conferred regarding a briefing schedule on Plaintiffs' motion to modify the PSLRA discovery stay.

      **NOW, THEREFORE**, it is hereby STIPULATED, CONSENTED and AGREED that:

      1.    Plaintiffs may file their motion to modify the PSLRA discovery stay on or before September 4, 2008.

      2.    Defendants shall file their opposition to plaintiffs' motion to modify the PSLRA discovery stay on September 26, 2008.

3.      Plaintiffs shall file their reply to defendants' opposition on October 17, 2008.

Dated: August 26, 2008

KIRBY MCINERNEY LLP

By: _Daniel Hume/s_
DANIEL HUME
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone: 212-371-6600
Facsimile: 212-751-2540
Email: dhume@kmllp.com

Lionel Z. Glancy
Michael M. Goldberg
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Michael K. Yarnoff
Benjamin J. Hinerfeld
Jennifer L. Keeney
SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7056
Facsimile: (610) 667-7706

*Lead Counsel for Plaintiffs and the
Putative Class*

SULLIVAN & CROMWELL, LLP

By: _Stephen Ehrenberg_
Sharon L. Nelles
Stephen Ehrenberg
Darrell S. Cafasso
125 Broad Street
New York, NY 10004
Telephone: 212 558 4976
Facsimile: 212 558 3338
Email: ehrenbergs@sullcrom.com

*Counsel for Defendants*

**SO ORDERED:**

_____
U.S.D.J.

Dated: New York, New York
September 3, 2008