UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOODY'S CORPORATION<br>SECURITIES LITIGATION | No. 1:07-cv-8375-SWK<br>(ECF) |

# NOTICE OF LEAD PLAINTIFFS' MOTION
# FOR PARTIAL MODIFICATION OF THE PSLRA STAY

| | |
|---|---|
| **KIRBY McINERNEY, LLP**<br>Ira M. Press<br>Roger W. Kirby<br>Daniel Hume<br>David Bishop<br>825 Third Avenue, 16th floor<br>New York, NY 10022<br>Telephone:   (212) 371-6600<br>Facsimile:    (212) 751-2540 | **GLANCY BINKOW & GOLDBERG LLP**<br>Lionel Z. Glancy<br>Michael Goldberg<br>1801 Avenue of the Stars, Suite 311<br>Los Angeles, California 90067<br>Telephone:   (310) 201-9150<br>Facsimile:    (310) 201-9160<br><br>           and<br><br>Frederick W. Gerkens, III<br>1430 Broadway, Suite 1603<br>New York, New York 10018<br>Telephone:   (212) 382-2221<br>Facsimile:    (212) 382-3944<br><br>**SCHIFFRIN  BARROWAY TOPAZ & KESSLER, LLP**<br>Michael K. Yarnoff<br>Benjamin J. Hinerfeld<br>Jennifer L. Keeney<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone:   (610) 667-7706<br>Facsimile:    (610) 667-7056 |

*Co-lead counsel for Lead Plaintiffs*
*(additional counsel appears on signature page)*

**PLEASE TAKE NOTICE** that Lead Plaintiffs Teamsters Local 282 Pension Trust Fund, Charles W. McCurley, Jr. and Lewis Wetstein hereby move this Court before The Honorable Shirley W. Kram, Courtroom 15A, United States Courthouse, 500 Pearl Street, New York, NY 10007, for an order modifying the Private Securities Litigation Reform Act of 1995 ("PSLRA") stay of discovery to obtain discovery that Moody's already has provided to the Securities and Exchange Commission.

The motion will returnable at a date and time to be determined by the Court, and is based on this notice, the accompanying memorandum of law, affidavit of Ira M. Press and its exhibits, and all other proceedings had herein.

Dated:  New York, New York
          September 4, 2008

**KIRBY McINERNEY, LLP**

By: _____/s/_Ira M. Press___
       Ira M. Press
Roger W. Kirby
Daniel Hume
David Bishop
825 Third Avenue, 16th Floor
New York, New York 10022
Tel:  (212) 371-6600
Fax: (212) 751-2540

1

Lionel Z. Glancy
Michael Goldberg
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
   - and -
Frederick W. Gerkens, III
1430 Broadway, Suite 1603
New York, New York 10018
Tel:  (212) 382-2221
Fax:  (212) 382-3944

Michael K. Yarnoff
Benjamin J. Hinerfeld
Jennifer L. Keeney
**SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

*Co-lead counsel for Lead Plaintiffs*

Christopher Keller
Jonathan Gardner
Serena Richardson
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477