UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOODY'S CORPORATION SECURITIES LITIGATION | No. 1:07-cv-8375-SWK (ECF) |

**AFFIDAVIT OF IRA M. PRESS IN SUPPORT OF LEAD PLAINTIFFS' MOTION FOR PARTIAL MODIFICATION OF THE PSLRA STAY**

**KIRBY McINERNEY, LLP**
Ira M. Press
Roger W. Kirby
Daniel Hume
David Bishop
825 Third Avenue, 16th floor
New York, NY 10022
Telephone:   (212) 371-6600
Facsimile:    (212) 751-2540

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:   (310) 201-9150
Facsimile:    (310) 201-9160

and

Frederick W. Gerkens, III
1430 Broadway, Suite 1603
New York, New York 10018
Telephone:   (212) 382-2221
Facsimile:    (212) 382-3944

**SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP**
Michael K. Yarnoff
Benjamin J. Hinerfeld
Jennifer L. Keeney
280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7706
Facsimile:    (610) 667-7056

*Co-lead counsel for Lead Plaintiffs*

IRA M. PRESS, being duly sworn, says:

1. I am a member of Kirby McInerney LLP, co-lead counsel for Lead Plaintiffs Teamsters Local 282 Pension Trust Fund, Charles W. McCurley, Jr. and Lewis Wetstein in this action. I submit this affidavit in support of Lead Plaintiffs' Motion for Partial Modification of the PSRLA Stay.

2. Attached hereto are true and complete copies of the following:

A. Exhibit A - the July 2008 "Summary Report of Issues Identified in the Commission Staff's Examination of Select Credit Rating Agencies" issued by the Securities and Exchange Commission.

B. Exhibit B - the document request plaintiffs would serve on defendants.

_____
IRA M. PRESS

Sworn to before me this
4th day of September, 2008

_____
Notary Public

NORMA ROPER
Notary Public, State of New York
No. 01RO6116250
Qualified in Kings County
Commission Expires September 20, 2008

1