UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOODY'S CORPORATION<br>SECURITIES LITIGATION | No. 1:07-cv-8375-SWK<br>(ECF) |

**LEAD PLAINTIFFS' REQUEST FOR DOCUMENTS
PURSUANT TO RULE 26, 34**

**KIRBY McINERNEY, LLP**
Ira M. Press
Roger W. Kirby
Daniel Hume
David Bishop

825 Third Avenue, 16th floor
New York, NY 10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160

and

Frederick W. Gerkens, III
1430 Broadway, Suite 1603
New York, New York 10018
Telephone:  (212) 382-2221
Facsimile:  (212) 382-3944

**SCHIFFRIN BARROWAY TOPAZ &
KESSLER, LLP**
Michael K. Yarnoff
Benjamin J. Hinerfeld
Jennifer L. Keeney
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

*Co-lead counsel for Lead Plaintiffs*
*(additional counsel appears on signature page)*

## DEFINITIONS & INSTRUCTIONS

The definitions and instructions are those set forth in the apposite Federal Rules of Civil Procedure, and Local Rule 26.3. In addition, the "SEC Report" means the Summary Report of Issues Identified in the Commission Staff's Examinations of Select Credit Agencies dated July 2008. "Commission" means the United States Securities and Exchange Commission.

## DOCUMENTS REQUESTED

1. All documents comprising or concerning Defendants' internal records, deal files, internal audit reports, and email communications that are referred to at pp. 3-4 of the SEC Report and that Defendants made available to the Commission in connection with the review described in the SEC Report.

2. All documents comprising or concerning the on-site interviews referred to at page 3 of the SEC Report.


Dated:  New York, New York
        September 4, 2008

                              **KIRBY McINERNEY, LLP**

                              By:
                                  /s/ Ira M. Press_____
                              Ira M. Press
                              Roger W. Kirby
                              David Bishop
                              825 Third Avenue, 16th Floor
                              New York, New York 10022
                              Tel: (212) 371-6600
                              Fax: (212) 751-2540

Lionel Z. Glancy
Michael Goldberg
**GLANCY BINKOW & GOLDBERG LLP**
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Tel:  (310) 201-9150
Fax: (310) 201-9160

- and -

Frederick W. Gerkens, III
1430 Broadway, Suite 1603
New York, New York 10018
Tel:   (212) 382-2221
Fax:  (212) 382-3944

Michael K. Yarnoff
Benjamin J. Hinerfeld
Jennifer L. Keeney
**SCHIFFRIN BARROWAY TOPAZ
  & KESSLER LLP**
280 King of Prussia Rd.
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056
*Co-lead counsel for Lead Plaintiffs*

Christopher Keller
Jonathan Gardner
Serena Richardson
**LABATON SUCHAROW LLP**
140 Broadway
New York, New York 10005
Tel:  (212) 907-0700
Fax: (212) 818-0477

2