UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOODY'S CORPORATION SECURITIES LITIGATION | CASE NO. 1:07-CV-8375-SWK<br><br>DEFENDANT MOODY'S CORPORATION AMENDED STATEMENT PURSUANT TO RULE 7.1 |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Moody's Corporation, a private non-governmental party, certifies that Moody's Corporation is a publicly held company which owns no publicly held subsidiaries and has no publicly held affiliates. Berkshire Hathaway, Inc. is the only publicly held company that owns 10% or more of Moody's Corporation stock.

Dated: September 10, 2008                     **SULLIVAN & CROMWELL LLP**

By:   /s/ Sharon L. Nelles
Sharon L. Nelles (SN 3177)
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile:  (212) 558-3588

*Counsel for Defendant Moody's Corporation*