UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Moody's Corporation Securities Litigation

ORDER

07 CV 8375 (GBD)



GEORGE B. DANIELS, District Judge:

Lead Plaintiffs' Motion for Partial Modification of the PSLRA Stay is denied.

Dated: New York, New York
September 24, 2009

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge