UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

In re Moody's Corporation Securities Litigation.

07 CV 8375

ORDER

------------------------------------- x

GEORGE B. DANIELS, District Judge:

A conference is scheduled for February 9, 2010 at 10:00am.

Dated: January 15, 2010
New York, New York

SO ORDERED:

*George B Daniels*
GEORGE B. DANIELS
United States District Judge