UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOODY'S CORPORATION SECURITIES LITIGATION | CASE NO. 1:07-CV-8375-GBD |

**DECLARATION OF DANIEL HUME IN SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DANIEL HUME declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Kirby McInerney LLP ("Kirby"), Court-appointed Co-Lead Counsel for Lead Plaintiffs herein. I am admitted to practice before this Court.

2. I am actively involved in the prosecution of this case, am intimately familiar with its proceedings, and have personal knowledge of the matters set forth herein based upon my close supervision and active participation in this action. I make this declaration in support of Lead Plaintiffs' Motion for Class Certification.

3. Annexed hereto as Exhibit A is a true and correct copy of the Testimony of Jerome S. Fons (former Managing Director, Credit Policy, Moody's Investors Service) before the H.R. Committee on Oversight and Government Reform, 110th Cong. (Oct. 22, 2008) ("Congressional Hearing").

4. Annexed hereto as Exhibit B is a true and correct copy of the Preliminary Hearing Transcript from the Congressional Hearing, *Credit Rating Agencies and the Financial Crisis: Hearing Before the H.R. Comm. on Oversight and Government Reform*, 110th Cong. (Oct. 22, 2008).

5. Attached hereto as Exhibit C is a true and correct copy of the Confidential Presentation to Moody's Board of Directors, dated October 21, 2007, bates stamped MOODY'S-COGR-0038025 to MOODY'S-COGR-0038029 from the Congressional Hearing.

6. Attached hereto as Exhibit D is a true and correct copy of the Moody's Town Hall Transcript, dated September 11, 2007, bates stamped MOODY'S-COGR-0052080 to MOODY'S-COGR-0052160 from the Congressional Hearing.

7. Attached hereto as Exhibit E is a true and correct copy of a *Wall Street Journal* article dated April 11, 2008 and titled "Rating Game: As Housing Boomed, Moody's Opened Up."

8. Attached hereto as Exhibit F is a true and correct copy of a *Financial Times* article dated May 21, 2008 and titled "CPDOs expose ratings flaw at Moody's."

9. Attached hereto as Exhibit G is a true and correct copy of a *Wall Street Journal* article dated Mary 23, 2008 and titled "At Request of Bond Issuers or Bankers, Credit-Rating Firms Switch Analysts."

10. Attached hereto as Exhibit H are true and correct copies of the cover pages of: (a) Moody's Form10-Q for the quarterly period ending March 31, 2006; (b) Moody's Form10-Q for the quarterly period ending June 30, 2006; (c) Moody's Form10-Q for the quarterly period ending September 30, 2006; (d) Moody's Form10-K for the fiscal year ending December 31, 2006; (e) Moody's Form10-Q for the quarterly period ending March 31, 2007; (f) Moody's Form10-Q for the quarterly period ending June 30, 2007; and (g) Moody's Form10-Q for the quarterly period ending September 30, 2007.

11. Attached hereto as Exhibit I is a true and correct copy of the firm resume of Kirby McInerney LLP.

12. Attached hereto as Exhibit J is a true and correct copy of the firm resume of Glancy Binkow & Goldberg LLP.

13. Attached hereto as Exhibit K is a true and correct copy of the firm resume of Barroway Topaz Kessler Meltzer & Check, LLP.

14. Attached hereto as Exhibit L is a true and correct report of Moody's trading volume during the Class Period procured from Bloomberg Profession data service.

15. Attached hereto as Exhibit M are true and correct excerpts of the final transcripts of the: (a) Q1 2006 Moody's Corporation Earnings Conference Call held on April 26, 2006; (b) Q2 2006 Moody's Corporation Earnings Conference Call held on August 2, 2006; (c) Q3 2006 Moody's Corporation Earnings Conference Call held on October 25, 2006; (d) Q4 2006 Moody's Corporation Earnings Conference Call held on February 7, 2007; (e) Q1 2007 Moody's Corporation Earnings Conference Call held on April 25, 2007; (f) Q2 2007 Moody's Corporation Earnings Conference Call held on August 1, 2007; (g) Q3 2007 Moody's Corporation Earnings Conference Call held on October 24, 2007.

16. Attached hereto as Exhibit N are true and correct copies of the cover pages of Moody's Form 10K for the fiscal year ending December 31, 2006 and Moody's Form 10K for the fiscal year ending December 31, 2007.

17. Attached hereto as Exhibit O is a true and correct report of Moody's average daily & weekly turnover during the Class Period procured from Bloomberg.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 22, 2010.

                                                                */s/ Daniel Hume*
                                                                 DANIEL HUME