**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re MOODY'S CORPORATION SECURITIES LITIGATION | No. 1:07-cv-8375-GBD |
| NACH et al<br><br>v.<br><br>HUBER | No. 1:08-cv-01536-SWK |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF BENJAMIN J. HINERFELD**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Benjamin J. Hinerfeld is no longer associated with Barroway Topaz Kessler Meltzer & Check, LLP and is hereby withdrawn as counsel for Lead Plaintiffs, Raphael Nach, Dr. Lewis Wetstein and Teamsters Local 282 Group in the above-captioned litigation. The law firm of Barroway Topaz Kessler Meltzer & Check, LLP continues to serve as Co-Counsel for Lead Plaintiffs through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated: July 23, 2010

Respectfully Submitted,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

/s/ Michael K. Yarnoff
Michael K. Yarnoff
Lauren Wagner Pederson
Jennifer L. Joost
280 King of Prussia Road
Radnor PA 19087
Telephone: 610-667-7706
Facsimile:  610-667-7056

*Co-Counsel for Lead Plaintiffs*