# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

***Via Hand Delivery***

August 9, 2010

Hon. George P. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312



> US    NY
> DO    NT
> ELE  CALLY FILED
> DOC #:
> DATE : 1 2 AUG 2010

      **Re:**   **In re Moody's Corporation Sec. Litig., No. 07-cv-8375 (GBD)**

Dear Judge Daniels:

      I write on behalf of plaintiffs in the above-referenced case to request an extension of the page limit contained in Rule 2C of the Court's Individual Practices, with respect to plaintiffs' reply brief in response to defendants' opposition memorandum of law to plaintiffs' motion for class certification. Plaintiffs' reply brief is due on August 23, 2010.

      On May 18, 2010, this Court approved defendants' request for an additional twenty-five pages for their memorandum of law in opposition to plaintiffs' motion for class certification. Plaintiffs did not oppose defendants' request. On May 28, 2010, defendants filed a forty-two page memorandum of law, which included fifty separate attached exhibits.

      In order to fully address arguments set forth in defendants' memorandum of law, including unanticipated arguments based on defendants' exhibits, and an expert report that plaintiffs did not possess when they filed their initial motion, plaintiffs respectfully request an additional twenty-five pages for their reply brief in response to defendants' opposition memorandum of law. This would bring plaintiffs' total page limit for the reply brief to thirty-five pages. Plaintiffs' counsel has consulted with defense counsel, and defendants do not oppose this request.

NEW YORK          TEXAS

KIRBY McINERNEY LLP

Hon. George P. Daniels
August 9, 2010
Page 2

Respectfully submitted,

*Daniel Hume*

Daniel Hume

Enclosures

cc:    Sharon Nelles (counsel for defendant, delivery via email)
       Plaintiffs' Counsel (delivery via email)
       Paul Wachter (Special Master, delivery via email)

SO ORDERED:

DATED:_____

*George B. Daniels*

The Honorable George P. Daniels
United States District Judge