UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re MOODY'S CORPORATION
SECURITIES LITIGATION

CASE NO. 1:07-CV-8375-GBD

**DECLARATION OF DANIEL HUME IN FURTHER SUPPORT OF
LEAD PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

DANIEL HUME declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Kirby McInerney LLP, Court-appointed Co-Lead Counsel for Plaintiffs herein. I am admitted to practice before this Court.

2. I make this declaration in further support of Plaintiffs' Reply Memorandum of Law in Support of Lead Plaintiffs' Motion for Class Certification.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Report of Chad Coffman, CFA dated August 23, 2010.

4. Annexed hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript of the deposition of William M. Maye, dated April 1, 2010.

5. Annexed hereto as Exhibit 3 is a true and correct copy of excerpts of the transcript of the deposition of Dr. Lewis Wetstein, dated March 19, 2010.

6. Annexed hereto as Exhibit 4 is a true and correct copy of excerpts the transcript of the deposition of René M. Stulz, dated August 10, 2010.

7. Annexed hereto as Exhibit 5 is a true and correct copy of an article titled *Moody's Says Don't Inhale the Smoke It's Puffing*, published by Bloomberg on March 12, 2009.

8. Annexed hereto as Exhibit 6 is a true and correct copy of a document titled *The Role of the Credit Rating Agencies in the Structured Finance Market*, Testimony of Mark Adelson before the Subcommittee on Capital Markets, Insurance and Government Sponsored Enterprises, Committee on Financial Services, U.S. House of Representatives, dated September 27, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 23, 2010.

                                               */s/ Daniel Hume*
                                               DANIEL HUME