EXHIBIT 4
TO THE HUME DECLARATION
DATED AUGUST 23, 2010
FILED UNDER SEAL PURSUANT TO
CONFIDENTIALITY STIPULATION AND
PROTECTIVE ORDER ENTERED BY THE
COURT ON MARCH 25, 2010