AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 1:07-cv-08375-GBD

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Lead Plaintiff Charles McCurley, Jr.

I certify that I am admitted to practice in this court.

| 8/24/2010 | *[signature]* |
|---|---|
| Date | Signature |

| Peter Binkow (pro hac vice) | 173848 (CA) |
|---|---|
| Print Name | Bar Number |

1801 Avenue of the Stars, Suite 311
Address

| Los Angeles | CA | 90067 |
|---|---|---|
| City | State | Zip Code |

| 310/201.9150 | 310/201.9160 |
|---|---|
| Phone Number | Fax Number |

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK LOCAL RULES AND ECF RULES AND INSTRUCTIONS

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On August 24, 2010, I caused to be served the following document:

## APPEARANCE

By posting these documents to the ECF Website of the United States District Court for the Southern District of New York, for receipt electronically by the following parties:

**See attached Service List.**

There are no non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2010, at Los Angeles, California.

*s/ Peter A. Binkow*
Peter A. Binkow

# Mailing Information for a Case 1:07-cv-08375-GBD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Darrell Scott Cafasso**
  cafassod@sullcrom.com

- **Stephen Ehrenberg**
  ehrenbergs@sullcrom.com

- **Frederick W. Gerkens , III**
  fgerkens.esq@verizon.net,fgerkens@glancylaw.com

- **Aaron D. Hovan**
  ahovan@kmslaw.com

- **Daniel Hume**
  dhume@kmllp.com,dkovel@kmllp.com,btse@kmllp.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Lauren Wagner Pederson**
  lpederson@btkmc.com,erubin@btkmc.com,ahankins@btkmc.com,dpotts@btkmc.com

- **Ira M. Press**
  ipress@kmllp.com,scohen@kmllp.com

- **Andy Sohrn**
  info@glancylaw.com,asohrn@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)