UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-cv-08375-GBD |
| NACH et al<br><br>        Plaintiffs,<br>v.<br><br>HUBER<br><br>        Defendants. | CIVIL ACTION NO. 1:08-cv-01536-GBD<br><br>**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

### NOTICE OF MOTION AND MOTION TO ADMIT COUNSEL *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, Lauren Wagner Pederson, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Neena Verma |
| Firm Name: | Barroway Topaz Kessler Meltzer & Check, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | nverma@btkmc.com |

Neena Verma is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey and the District of Columbia. There are no pending disciplinary proceedings against Neena Verma in any State or Federal Court.

Dated: August 25, 2010

Respectfully submitted,

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**

*/s/ Lauren Wagner Pederson*
Lauren Wagner Pederson
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

*Co-lead Counsel for Lead Plaintiffs*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-cv-08375-GBD |
| NACH et al<br><br>           Plaintiffs,<br>v.<br>HUBER<br><br>           Defendants. | CIVIL ACTION NO. 1:08-cv-01536-GBD<br><br>**AFFIDAVIT OF LAUREN WAGNER PEDERSON IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

Commonwealth of Pennsylvania   )
                               )  ss.
County of Delaware             )

Lauren Wagner Pederson, being duly sworn, hereby deposes and says as follows:

1.      I am an attorney at Barroway Topaz Kessler Meltzer & Check, LLP, Co-Counsel for the Lead Plaintiffs in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of the Lead Plaintiffs' motion to admit Neena Verma as counsel *pro hac vice* to represent the Lead Plaintiffs in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law on March 16, 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      Ms. Verma is an associate at Barroway Topaz Kessler Meltzer & Check, LLP in Radnor, Pennsylvania.

4.     I have found Ms. Verma to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5.     Accordingly, I am pleased to move the admission of Neena Verma, *pro hac vice*.

6.     In compliance with Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I have attached Certificates of Good Standing for Neena Verma from Pennsylvania, New Jersey and the District of Columbia issued within the past thirty days.

7.     I respectfully submit a proposed order granting the admission of Neena Verma, *pro hac vice*, which is also attached.

WHEREFORE it is respectfully requested that the motion to admit Neena Verma, *pro hac vice*, to represent the Lead Plaintiffs in the above-captioned matter, be granted.

Dated: August 25, 2010

Respectfully submitted,

BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP

*/s/ Lauren Wagner Pederson*
Lauren Wagner Pederson
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

*Co-lead Counsel for Lead Plaintiffs*

Sworn to and subscribed before me

this 25th day of August, 2010

_____
Notary Public

NOTARIAL SEAL
JEAN F CHUBA
Notary Public
RADNOR TWP, DELAWARE COUNTY
My Commission Expires Oct 20, 2010



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Neena Verma, Esq.**

DATE OF ADMISSION

**November 24, 2008**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: August 13, 2010

*Patricia Johnson* (signature)

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **NEENA VERMA** (No. **012652008**) was constituted and appointed an Attorney at Law of New Jersey on **February 17, 2009** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **16TH** day of **August**, 20 **10**.

Clerk of the Supreme Court

-453a-



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JOY A. CHAPPER, Acting Clerk of the District of Columbia Court of Appeals, do hereby certify that

NEENA VERMA

was on the 5TH day of OCTOBER, 2009 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 13, 2010.

JOY A. CHAPPER, ACTING CLERK

By: _____
Deputy Clerk

## CERTIFICATE OF SERVICE

I, Lauren Wagner Pederson, hereby certify that I filed true and correct copies of the foregoing documents:

- *PRO HAC VICE* MOTION, AFFIDAVIT, AND PROPOSED ORDER.

with the Clerk of the Court on this date. The CM/ECF system will send notification to all counsel registered for CM/ECF.

Dated: August 25, 2010

Respectfully submitted,

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**

*/s/ Lauren Wagner Pederson*
Lauren Wagner Pederson
280 King of Prussia Road
Radnor, Pennsylvania 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

*Co-lead Counsel for Lead Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-cv-08375-GBD |
| NACH et al<br><br>          Plaintiffs,<br>v.<br><br>HUBER<br><br>          Defendants. | CIVIL ACTION NO. 1:08-cv-01536-GBD<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Lauren Wagner Pederson, Co-Counsel for the Lead Plaintiffs, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

|   |   |
|---|---|
| Applicant's Name: | Neena Verma |
| Firm Name: | Barroway Topaz Kessler Meltzer & Check, LLP |
| Address: | 280 King of Prussia Road |
| City/State/Zip: | Radnor, PA 19087 |
| Phone Number: | (610) 667-7706 |
| Fax Number: | (610) 667-7056 |
| Email Address: | nverma@btkmc.com |

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____          _____
                                              George B. Daniels, U.S. District Judge