UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | CIVIL ACTION NO. 1:07-cv-08375-GBD |
| NACH et al<br><br>      Plaintiffs,<br>v.<br>HUBER<br>      Defendants. | CIVIL ACTION NO. 1:08-cv-01536-GBD<br><br>ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 0 1 SEP 2010

Upon the motion of Lauren Wagner Pederson, Co-Counsel for the Lead Plaintiffs, and said sponsor attorney's affirmation in support;

IT IS HEREBY ORDERED that

    Applicant's Name:    Neena Verma
    Firm Name:    Barroway Topaz Kessler Meltzer & Check, LLP
    Address:    280 King of Prussia Road
    City/State/Zip:    Radnor, PA 19087
    Phone Number:    (610) 667-7706
    Fax Number:    (610) 667-7056
    Email Address:    nverma@btkmc.com

is admitted to practice *pro hac vice* as counsel for the Lead Plaintiffs in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____   01 SEP 2010

_____
George B. Daniels, U.S. District Judge
HON. GEORGE B. DANIELS

2