J. Daniels

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **0 3 SEP 2010**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE MOODY'S CORPORATION
SECURITIES LITIGATION

CASE NO. 1:07-CV-8375-GBD

### [PROPOSED] THIRD STIPULATION AND AMENDMENT TO SCHEDULING ORDER

WHEREAS, this Court entered the Report of Rule 26(f) Conference and Scheduling Order (the "Scheduling Order") on November 4, 2008, as amended by the First and Second Stipulation and Amendments to Scheduling Order (the "Amended Scheduling Orders") on April 9, 2010 and July 22, 2010, respectively;

WHEREAS, on May 28, 2010, Defendants submitted a brief and an expert report in opposition to Plaintiffs' motion for Class Certification;

WHEREAS, on August 10, 2010, Plaintiffs deposed Defendants' designated expert;

WHEREAS, on August 23, 2010, Plaintiffs submitted their reply papers concerning class certification, including an expert report in rebuttal to the expert report Defendants submitted in opposition to Plaintiffs' motion for Class Certification;

WHEREAS, the parties met and conferred in accordance with Rule 26(f) of the Federal Rules of Civil Procedure by telephone on August 24, 2010;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action that the Amended Scheduling Orders are further amended as follows:

| Paragraph in Scheduling Order | Activity | Amended Date |
| --- | --- | --- |
| 5B | Deposition of Plaintiffs' Rebuttal Expert | September 29, 2010 |
| 5B | Service of any papers by Defendants in response to matters raised in Plaintiffs' reply papers concerning class certification, including an expert report (any brief not to exceed 15 pages) | October 15, 2010 |
| 5B | Service of any papers by Plaintiffs' in response to matters raised by Defendants in their October 15, 2010 papers (any brief not to exceed 15 pages) | October 29, 2010 |

FURTHER, Plaintiffs request a hearing on their motion for Class Certification as soon as practicable after all briefing related to Plaintiffs' Class Certification motion is complete and *sub judice*.

PURSUANT TO STIPULATION, IT IS SO ORDERED. **0 3 SEP 2010**

DATED: __0 3 SEP 2010__

HON. GEORGE B. DANIELS
United States District Judge

KIRBY McINERNEY LLP

By: _____
Daniel Hume
dhume@kmllp.com
Ira M. Press

SULLIVAN & CROMWELL, LLP

By: _Sharon Nelles_ /op DH
Sharon L. Nelles
Nelless@sullcrom.com
Stephen Ehrenberg

David Bishop
825 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
*Counsel for Defendants*

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
Michael K. Yarnoff
Lauren Wagner Pederson
Neena Verma
280 King of Prussia Road
Radnor, PA 190887
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**GLANCY, BINKOW & GOLDBERG, LLP**
Lionel Z. Glancy
Michael Goldberg
Frederick W. Gerkens III
1430 Broadway, Suite 1603
New York, NY 10018
Telephone: (212) 382-2221
Facsimile: (212) 382-3944

*Co-Lead Counsel for Lead Plaintiffs*

**LABATON SUCHAROW LLP**
Jonathan Gardner
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiffs*

3

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. Plaintiff agrees to hold harmless the City of New York and Detective Morgan Jones regarding any liens or past and/or future Medicare payments, presently known or unknown in connection with this matter. If conditional and/or future anticipated Medicare payments have not been satisfied, defendants reserve the right to issue a multiparty settlement check, naming Medicare as a payee or to issue a check to Medicare directly based upon Medicare's final demand letter.

7. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written

agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
        August 11, 2010

Robert McCoy, DIN #08A6008
*Plaintiff Pro Se*

By: *[signature]*
     Robert McCoy
     *Plaintiff Pro Se*

MICHAEL A. CARDOZO
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York and Detective Jones*
100 Church Street, Rm. 3-153
New York, New York 10007
(212) 788-1090

By: *[signature]*
     Alexandra Corsi
     *Assistant Corporation Counsel*

Dated: New York, New York
       August 27th, 2010

*[signature]*

COURTNEY B LAPIER
Notary Public, State of New York
No. 01LA6189940
Qualified in Clinton County
Commission Expires July 7, 2012

SO ORDERED:

_____ JR
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

4