UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
:
:
:
In re Moody's Securities Litig.,          :          07 CV 8375
:
:                ORDER
:
:
:
------------------------------------ x
GEORGE B. DANIELS, District Judge:

    Oral argument on Plaintiff's Motion for Class Certification is scheduled for November 23, 2010 at 10:00am.

Dated: September 3, 2010
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03 SEP 2010