UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | Civil Action No. 1:07-cv-08375-GBD |
| NACH, et al.<br><br>　　　　　Plaintiffs,<br>v.<br><br>HUBER,<br>　　　　　Defendants. | Civil Action No. 1:08-cv-01536-GBD |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF
FREDERICK W. GERKENS, III**

-2-

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE THAT Frederick W. Gerkens, III is no longer associated with Glancy Binkow & Goldberg LLP and is hereby withdrawn as counsel for Plaintiffs, Raphael Nach, M.D. Lewis Wetstein, Teamsters Local 282 Group and Charles McCurley, Jr., in the above-captioned litigation.  The law firm of Glancy Binkow & Goldberg LLP continues to serve as Co-Lead Counsel for Plaintiffs through its attorneys listed below, and all future correspondence and papers in this action should continue to be directed to them.

Dated:   September 13, 2010                         Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By: *s/ Peter A. Binkow*
Peter A. Binkow (*pro hac vice*)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone:  (310) 201-9150
Facsimile:   (301) 201-9160
Email: info@glancylaw.com

*Co-Lead Counsel for Plaintiffs*

# PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO SOUTHERN DISTRICT OF NEW YORK LOCAL RULES AND ECF RULES AND INSTRUCTIONS

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On September 13, 2010, I caused to be served the following document:

## NOTICE OF WITHDRAWAL OF APPEARANCE OF FREDERICK W. GERKENS, III

By posting these documents to the ECF Website of the United States District Court for the Southern District of New York, for receipt electronically by the following parties:

**See attached Service List.**

There are no non-ECF registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2010, at Los Angeles, California.

<em><u>s/ Peter A. Binkow</u></em><br>Peter A. Binkow

# Mailing Information for a Case 1:07-cv-08375-GBD

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Peter Arthur Binkow**
  info@glancylaw.com

- **Darrell Scott Cafasso**
  cafassod@sullcrom.com

- **Stephen Ehrenberg**
  ehrenbergs@sullcrom.com

- **Frederick W. Gerkens , III**
  fgerkens.esq@verizon.net,fgerkens@glancylaw.com

- **Aaron D. Hovan**
  ahovan@kmslaw.com

- **Daniel Hume**
  dhume@kmllp.com,dkovel@kmllp.com,btse@kmllp.com

- **Sharon L. Nelles**
  nelless@sullcrom.com

- **Lauren Wagner Pederson**
  lpederson@btkmc.com,erubin@btkmc.com,ahankins@btkmc.com,dpotts@btkmc.com

- **Ira M. Press**
  ipress@kmllp.com,scohen@kmllp.com

- **Andy Sohrn**
  info@glancylaw.com,asohrn@glancylaw.com

- **Neena Verma**
  nverma@btkmc.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)