USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 20 SEP 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | CASE NO. 1:07-CV-8375-GBD |

### [PROPOSED] FOURTH STIPULATION AND AMENDMENT TO SCHEDULING ORDER

WHEREAS, this Court entered the Report of Rule 26(f) Conference and Scheduling Order (the "Scheduling Order") on November 4, 2008, as amended by the First, Second and Third Stipulation and Amendments to Scheduling Order (the "Amended Scheduling Orders") on April 9, 2010, July 22, 2010, and September 3, 2010, respectively;

WHEREAS, on May 28, 2010, Defendants submitted a brief and an expert report in opposition to Plaintiffs' motion for Class Certification;

WHEREAS, on August 10, 2010, Plaintiffs deposed Defendants' designated expert;

WHEREAS, on August 23, 2010, Plaintiffs submitted their reply papers concerning class certification, including an expert report in rebuttal to the expert report Defendants submitted in opposition to Plaintiffs' motion for Class Certification;

WHEREAS, on September 3, 2010, this Court entered an Order scheduling oral argument on Plaintiffs' Motion for Class Certification on November 23, 2010;

WHEREAS, the parties met and conferred in accordance with Rule 26(f) of the Federal Rules of Civil Procedure and agreed to continue the deposition of Plaintiffs' Rebuttal Expert to October 7, 2010 if Plaintiffs produced related requested documents on September 15, 2010;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action that the Amended Scheduling Orders are further amended as follows:

| Paragraph in Scheduling Order | Activity | Amended Date |
|---|---|---|
| 5B | Deposition of Plaintiffs' Rebuttal Expert | October 7, 2010 |
| 5B | Service of any papers by Defendants in response to matters raised in Plaintiffs' reply papers concerning class certification, including an expert report (any brief not to exceed 15 pages) | October 22, 2010 |
| 5B | Service of any papers by Plaintiffs' in response to matters raised by Defendants in their October 22, 2010 papers (any brief not to exceed 15 pages) | November 5, 2010 |

The hearing scheduled for oral argument on Plaintiffs' Motion for Class Certification shall remain on calendar for November 23, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 2 0 SEP 2010

George B. Daniels
HON. GEORGE B. DANIELS
United States District Judge

2

KIRBY McINERNEY LLP

By: _____
Daniel Hume
dhume@kmllp.com
Ira M. Press
David Bishop
825 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**

Michael K. Yarnoff
Lauren Wagner Pederson
Neena Verma
280 King of Prussia Road
Radnor, PA 190887
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**GLANCY, BINKOW & GOLDBERG, LLP**

Lionel Z. Glancy
Michael Goldberg
Frederick W. Gerkens III
1430 Broadway, Suite 1603
New York, NY 10018
Telephone: (212) 382-2221
Facsimile: (212) 382-3944

*Co-Lead Counsel for Lead Plaintiffs*

**LABATON SUCHAROW LLP**

Jonathan Gardner
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiffs*

SULLIVAN & CROMWELL, LLP

By: _____
Sharon L. Nelles
Nelless@sullcrom.com
Stephen Ehrenberg
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
*Counsel for Defendants*