UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re MOODY'S CORPORATION SECURITIES LITIGATION | CASE NO. 1:07-CV-8375-GBD |

## DECLARATION OF DANIEL HUME

DANIEL HUME declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Kirby McInerney LLP, Court-appointed Co-Lead Counsel for Plaintiffs herein. I am admitted to practice before this Court.

2. I make this declaration in further support of Lead Plaintiffs' Response to Defendants' Sur-Reply Memorandum of Law in Opposition to Lead Plaintiffs' Motion for Class Certification.

3. Annexed hereto as Exhibit 1 is a true and correct copy of the Expert Reply Report of Chad Coffman, CFA dated November 5, 2010.

4. Annexed hereto as Exhibit 2 is a true and correct copy of the transcript of the deposition of Chad Coffman, dated October 7, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2010.

_____
DANIEL HUME