

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x

In re MOODY'S CORPORATION
SECURITIES LITIGATION

No. 1:07-cv-8375-GBD

[PROPOSED] ORDER SEALING
CERTAIN DOCKETED FILINGS

------------------------------ x

     IT IS HEREBY ORDERED that, upon the request of the parties, and pursuant to the Confidentiality Stipulation and Protective Order entered on March 15, 2010, the Clerk of the Court is directed to remove links to the following filings on the electronic case filing system and to note in each associated docket entry that the documents have been filed under seal:

- Docket entry #84, Defendant's Sur-Reply Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification; and

- Docket entry #85, the supporting Declaration of Stephen Ehrenberg, dated October 22, 2010, along with the exhibits thereto.

     IT IS HEREBY FURTHER ORDERED that Defendants may file redacted versions of these documents on the electronic case filing system; and

     IT IS HEREBY FURTHER ORDERED that the Clerk is directed to accept for filing under seal hard copies of the unredacted Defendant's Sur-Reply Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification and the supporting Declaration of Stephen Ehrenberg, dated October 22, 2010, to be provided by Defendants' counsel.

IT IS SO ORDERED:

_____
Honorable George B. Daniels
United States District Judge

DATE: 0 8 NOV 2010