# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 18 NOV 2010

November 17, 2010

By Facsimile

The Honorable George B. Daniels,
   United States District Judge,
      United States Courthouse,
         500 Pearl Street,
            New York, New York 10007.

SO ORDERED:

*George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: ___18 NOV 2010___

> Re:   *In re Moody's Corporation Securities Litigation,*
>       No. 07-cv-8375 (GBD)

Dear Judge Daniels:

On behalf of Defendant Moody's Corporation ("Moody's"), I write to respectfully request that Your Honor allow Moody's to employ certain presentation technology at the upcoming oral argument on class certification, scheduled for November 23, 2010 at 10:00 a.m., in the above-referenced action.

Moody's believes that the use of this presentation technology will aid the Court without disrupting the courtroom. The parties' class certification submissions are voluminous, but their central points can be quickly and concisely presented using portable audio-visual equipment and software.

Moody's has retained TrialGraphix to provide, set up and remove the equipment. I understand that TrialGraphix has extensive experience carrying out these functions in the Southern District of New York and elsewhere.

In the event that Your Honor approves this request, TrialGraphix will set up the necessary equipment on the morning of November 22, 2010, the day before the parties' oral argument. Because the equipment set-up can take several hours, there is a possibility that the TrialGraphix technicians would need to remain past regular business hours on November 22. Immediately following completion of the argument on

The Honorable George B. Daniels                                                    -2-

November 23, or at such other time as Your Honor may direct, TrialGraphix would return
to remove the equipment. Further details regarding the equipment and personnel
involved is set out in the attached Schedule A. Additionally, we request that we be
permitted to bring two laptops into the courtroom for the duration of the oral argument on
November 23.

   If Your Honor approves, please endorse the enclosed laptop order and the
attached Schedule A. Copies of all of these papers are being provided simultaneously to
the Clerk of the Court, together with any additional information the Clerk may require.


            Respectfully submitted,

            *Penny Shane/ID*

            Penny Shane

(Enclosures)

cc:  Daniel Hume
   (Kirby McInerney, LLP)

   Michael Yarnoff
   (Barroway Topaz Kessler Meltzer & Check LLP)

   Lionel Glancy
   (Glancy, Binkow & Goldberg, LLP)

   Jonathan Gardner
   (Labaton Sucharow LLP)

## Schedule A: Equipment for Oral Argument

Shared Courtroom Equipment
(1) Projector
(1) Projector Cart
(1) Large projection screen
(1) ELMO (Document Camera)
(1) ELMO Cart
(4) Flat Panel Monitor(s)
(1) Four-way switch
(1) Distribution Amplifier
(2) Audio Systems

VGA Wiring, Audio Wiring, Power strips, Extension Cords, Gaffers tape, and boxes that contain these various audiovisual and computer components.

**TrialGraphix employees setting equipment up on November 22, 2010**
Mingo Singleton
Luis Castillo
Mitch Jones
Jose Lopez

**Vehicle information:**
Color: White with Blue TrialGraphix logo on the side
Make: Chevy
Model: Astro Van
License Plates: 97241JH or 32690JS

Date: **1 8 NOV 2010**

Honorable George B. Daniels
United States District Judge
HON. GEORGE B. DANIELS