UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | Case No. 1:07-CV-8375-GBD<br><br>**MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Robin Bronzaft Howald, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Jill Levine
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

This Motion is based upon my accompanying affidavit, Exhibit A thereto (which indicates that Jill Levine is a member in good standing of the bar of the State of California), and the fact that there are no pending disciplinary proceedings against Jill Levine in any State or Federal Court.

Dated: February 10, 2011

Respectfully submitted,

**GLANCY BINKOW & GOLDBERG LLP**

By: _____
Robin Bronzaft Howald (RH 9974)
1430 Broadway, Suite 1603
New York, NY 10018
Telephone: (212) 382-2221
Facsimile: (212) 382-3944

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | Case No. 1:07-CV-8375-GBD<br><br>**AFFIDAVIT OF ROBIN BRONZAFT HOWALD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

State of New York   )  ss:
                    )
County of New York  )

Robin Bronzaft Howald, being duly sworn, hereby deposes and says as follows:

1. I am of counsel at Glancy Binkow & Goldberg LLP, counsel for Plaintiff in the above-captioned action. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Jill Levine as counsel *pro hac vice* to represent Plaintiff in this matter.

2. Since 1995, I have been a member in good standing of the bar of the State of New York; I was first admitted to practice law as a member of the bar of the State of California, in 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Ms. Levine since 2003.

4. Ms. Levine is of counsel at Glancy Binkow & Goldberg LLP.

5. I have worked with Ms. Levine on a number of occasions over the years and found her to be a skilled attorney, a zealous advocate, and, above all, a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6. Accordingly, I am pleased to move the admission of Jill Levine, *pro hac vice*.

7. In compliance with Rule 1.3(c) of the Local Rules for the United States District Court for the Southern District of New York I have attached hereto as Exhibit "A", a Certificate of Good Standing from the State of California issued within the past thirty days.

8. I respectfully submit a proposed order granting the admission of Jill Levine, *pro hac vice*, which is attached hereto as Exhibit "B".

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this affidavit is executed this 10th day of February, 2011, at New York, New York.

*Robin Bronzaft Howald* (signature)
Robin Bronzaft Howald

Sworn before me on 2/10/11

(signature)

SIMON SINGER
NOTARY PUBLIC, State of New York
No. 02SI6122789
Qualified in Kings County
Commission Expires 02/22/2013

AFFIDAVIT OF ROBIN BRONZAFT HOWALD

# EXHIBIT A

# United States District Court

## Central District of California

**CERTIFICATE OF
GOOD STANDING**

I,   TERRY NAFISI, Clerk  of  this  Court,  certify  that

Jill Levine Betts, Bar 208065

duly admitted to practice in this Court on   _____May 14, 2001_____

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on   _____February 3, 2011_____
          *DATE*

TERRY NAFISI
District Court Executive, Clerk of Court

By _____
   Lupe Thrasher, Deputy Clerk
                                     1200

G-52 (09/08)(Rev. AO 136)     CERTIFICATE  OF GOOD STANDING - MEMBER OF BAR

# EXHIBIT B

Case 1:07-cv-08375-GBD   Document 96   Filed 02/14/11   Page 6 of 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | Case No. 1:07-CV-8375-GBD<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Robin Bronzaft Howald, an attorney at Glancy Binkow & Goldberg LLP, Co-Counsel for Lead Plaintiffs herein, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Jill Levine |
| Firm Name: | Glancy Binkow & Goldberg LLP |
| Address: | 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067 |
| Phone Number: | (310) 201-9150 |
| Fax Number: | (310) 201-9160 |
| Email Address: | jilllevine1@yahoo.com; info@glancylaw.com |

is admitted to practice *pro hac vice* as counsel for Lead Plaintiffs in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourt.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Dated: February \_\_\_\_, 2011

_____
United States District/Magistrate Judge

United States District Court for the
Southern District of New York

KIRBY MCINERNEY LLP
Ira M. Press
Daniel Hume
Plaintiffs' Co-Lead Counsel
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600

UNITED STATES DISTRICT COURT
SOUTEHRN DISRTRICRT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | Case No. 1:07-CV-8375-GBD |

AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                    ss.:
COUNTY OF NEW YORK   )

I, Rayan Miller, the undersigned, say:

I am over the age of eighteen and not a party to the within action. My business address is 825 Third Avenue, 16th Floor, New York, New York 10022.

On February 14, 2011, I served the following on the parties listed on the service listed attached hereto:

1) **MOTION TO ADMIT COUNSEL *PRO HAC VICE***

2) **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**

3) **AFFIDAVIT OF ROBIN BRONZAFT HOWALD IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

**By Mail**: by placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid in the United States mail at New York, New York, which I deposited with my employer for collection and delivery by the US Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for delivery with said service.

RAYAN MILLER

Sworn to before me this
14th day of February, 2011

Notary Public

ILEANA RAMIREZ
NOTARY PUBLIC STATE OF NEW YORK
SUFFOLK COUNTY
LIC. #01RA4740575
COMM. EXP. 8/31/2013

## **SERVICE LIST**

| | |
|---|---|
| Peter Arthur Binkow<br>Andy Sohrn<br>Glancy Binkow & Goldberg LLP<br>1801 Avenue of the Stars<br>Suite 311<br>Los Angeles, CA 90067 | Sharon L. Nelles<br>Darrell Scott Cafasso<br>Stephen Ehrenberg<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004 |
| Neena Verma<br>Benjamin Jay Hinerfeld<br>Jennifer L. Keeney<br>Michael K. Yarnoff<br>Lauren Wagner Pederson<br>BARROWAY TOPAZ KESSLER MELTZER<br>   & CHECK, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 | |