

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

IN RE MOODY'S CORPORATION
SECURITIES LITIGATION

Case No. 1:07-CV-8375-GBD

**ORDER FOR ADMISSION *PRO HAC
VICE* ON WRITTEN MOTION**

---

Upon the motion of Robin Bronzaft Howald, an attorney at Glancy Binkow & Goldberg

LLP, Co-Counsel for Lead Plaintiffs herein, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

| | |
|---|---|
| Applicant's Name: | Jill Levine |
| Firm Name: | Glancy Binkow & Goldberg LLP |
| Address: | 1801 Avenue of the Stars, Suite 311, Los Angeles, CA 90067 |
| Phone Number: | (310) 201-9150 |
| Fax Number: | (310) 201-9160 |
| Email Address: | jilllevine1@yahoo.com; info@glancylaw.com |

is admitted to practice *pro hac vice* as counsel for Lead Plaintiffs in the above-captioned case in

the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court,

including the Rules governing discipline of attorneys. If this action is assigned to the Electronic

Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourt.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

Dated:  February _____, 2011

'2 6 FEB 2011

_____

United States District/Magistrate Judge
HON. GEORGE B. DANIELS
United States District Court for the
Southern District of New York

ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION

2