UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In re MOODY'S CORPORATION SECURITIES  :
LITIGATION                            :
                                      :
                                      :
                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ORDER

07 Civ. 8375 (GBD)

GEORGE B. DANIELS, United States District Judge:

A conference in this matter is scheduled for October 4, 2011 at 9:30 am.

Dated: August 11, 2011
       New York, New York

SO ORDERED:

*[signature]*

GEORGE B. DANIELS
United States District Judge

1