UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re MOODY'S CORPORATION
SECURITIES LITIGATION

CASE NO. 1:07-CV-8375-GBD

## [PROPOSED] SIXTH STIPULATION AND AMENDMENT TO SCHEDULING ORDER

WHEREAS, this Court entered the Report of Rule 26(f) Conference and Scheduling Order (the "Scheduling Order") on November 4, 2009, as amended by the First, Second, Third, Fourth and Fifth Stipulations and Amendments to Scheduling Order (the "Amended Scheduling Orders") on April 9, 2010, July 22, 2010, September 3, 2010, September 20, 2010 and January 31, 2012 respectively;

WHEREAS, this Court's January 31, 2012 Stipulation and Amendment to the Scheduling Order provided a schedule for discovery and summary judgment motions on materiality, reliance and loss causation (the "limited issues");

WHEREAS, the parties believe a brief extension of schedule for motion practice will allow the parties to streamline presentation of the issues to the Court and progress this litigation more efficiently; and

WHEREAS, the parties believe they could more effectively address the limited issues if provided an enlargement of the page limit set forth in Rule 2C of the Court's Individual Practices;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, that the Amended Scheduling Orders are further amended as follows:

1

1. **Schedule on Limited Issues.** The parties shall adhere to the following schedule:

    a. Motions for summary judgment related to the limited issues shall be filed and served on or before September 14, 2012.

    b. Responses shall be filed and served on or before October 29, 2012.

    c. Replies shall be filed and served on or before November 19, 2012.

    d. Oral argument shall be set for ~~the week of~~ December ~~5~~ 12, 2012 @ 10:00 a.m. ~~or another date that is convenient for the Court.~~

2. **Page Limits.** The page limitations of the memoranda of law shall be as follows:

    a. Memoranda of law in support of and in opposition to motions for summary judgment on the limited issues shall be limited to 40 pages.

    b. Reply memoranda of law shall be limited to 15 pages.

3. **Further Proceedings.** Should the action be sustained upon resolution of all motions for summary judgment related to the limited issues, the parties shall propose, within 30 days, a schedule for the conclusion of any necessary remaining discovery, motion practice and pretrial activities.

4. **Reservation of Rights.** Nothing in this Stipulation and Amendment, or in actions taken pursuant thereto, shall prejudice any party's rights with respect to any matters outside of the limited issues, including but not limited to seeking or objecting to further discovery requests or filing further motions; provided, however, that the parties reserve all rights to contest the propriety of specific discovery requests relating to the limited issues.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: AUG 02 2012

George B. Daniels
United States District Judge

-2-

Dated: New York, New York
August 2, 2012

| KIRBY McINERNEY, LLP | SULLIVAN & CROMWELL LLP |
|---|---|
| By: *Daniel Hume* /SLN<br>Daniel Hume<br>dhume@kmllp.com<br>825 Third Avenue, 16th Floor<br>New York, New York 10022<br>Tel: (212) 371-6600<br>Fax: (212) 751-2540 | By: *Sharon L. Nelles*<br>Sharon L. Nelles<br>nelless@sullcrom.com<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br>Fax: (212) 558-3588 |
| | *Counsel for Defendants* |

**BARROWAY TOPAZ KESSLER MELTZER & CHECK, LLP**
Michael Yarnoff
280 King of Prussia Road
Radnor, PA 19087
Tel.: (610) 667-7706
Fax: (610) 667-7056

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Tel: (310) 201-9150
Fax: (310) 201-9160

*Co-lead counsel for Plaintiffs*

**LABATON SUCHAROW LLP**
Jonathan Gardner
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

*Counsel for Plaintiffs*