AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|  |  |  |
|---|---|---|
| IN RE: MOODY'S CORPORATION SECURITIES LITIGATION | ) ) ) ) ) | Case No.   07-cv-8375-GBD |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Moody's Corporation and Raymond W. McDaniel, Jr.

Date:   09/07/2012

/s/ Sarah Stoller
*Attorney's signature*

Sarah Stoller   SS0713
*Printed name and bar number*

125 Broad Street
New York, NY 10004
*Address*

stollerse@sullcrom.com
*E-mail address*

(212) 558-4461
*Telephone number*

(212) 291-9629
*FAX number*