UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
                                                       :
IN RE: MOODY'S CORPORATION         : DOCKET NO. 07-cv-8375-GBD
SECURITIES LITIGATION              :
                                                       :
------------------------------------------------------x

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE THAT upon Moody's Defendants' Local Civil Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue To Be Tried, dated September 14, 2012, the Declaration of Sharon L. Nelles, dated September 14, 2012, the exhibits referenced in that declaration, and Moody's Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment, dated September 14, 2012, defendants, through their counsel, Sullivan & Cromwell LLP, will move this Court before the Honorable George B. Daniels, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on December 12, 2012 at 10:00 a.m., for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment, dismissing plaintiffs' consolidated amended complaint in its entirety with prejudice, and granting such other relief as the Court may deem just and proper.

Dated:  New York, New York
        September 14, 2012

                                    /s/ Sharon L. Nelles_____
                                    Sharon L. Nelles
                                    Penny Shane
                                    Stephen Ehrenberg
                                    Sarah Stoller
                                    SULLIVAN & CROMWELL LLP
                                    125 Broad Street
                                    New York, New York  10004
                                    (212) 558-4000
                                    *Attorneys for Defendants Moody's Corporation and Raymond W. McDaniel, Jr.*