# Appendix A

"Do investors trade more when stocks have performed well? Evidence from 46 countries," with John M. Griffin and Federico Nardari, Review of Financial Studies, 2007, v20(3), 905-951.

"Why do firms become widely held? An analysis of the dynamics of corporate ownership," with Jean Helwege and Christo Pirinsky, Journal of Finance, 2007, 62 (3), 995-1028.

"Hedge Funds: Past, Present, and Future," Journal of Economic Perspectives, 2007, v21(2), 175-194.

"The economics of conflicts of interests in financial institutions," with Hamid Mehran, Journal of Financial Economics, 2007, v85(2), 267-296.

"Why do countries matter so much for corporate governance?," with Craig Doidge and Andrew Karolyi, Journal of Financial Economics, 2007, v86, 1-39.

"How do diversity of opinion and information asymmetry affect acquirer returns?", with Sara B. Moeller and Frederik P. Schlingemann, Review of Financial Studies, 2007, v20(6), 2047-2078.

"Do local analysts know more? A cross-country study of performance of local analysts and foreign analysts," with Kee-Hong Bae and Hongping Tan, Journal of Financial Economics, 2008, v88(3), 581-606.

"Why do private acquirers pay so little compared to public acquirers?," with Leonce L. Bargeron, Frederik P. Schlingemann, and Chad J. Zutter, Journal of Financial Economics, 2008, v89(3), 375-390.

"Risk management failures: What are they and when do they happen?," Journal of Applied Corporate Finance, 2008, v20(4), 39-48.

"Private benefits of control, ownership, and the cross-listing decision," with Craig Doidge, G. Andrew Karolyi, Karl V. Lins, and Darius P. Miller, Journal of Finance, 2009, v64, 425-466.

"Has New York become less competitive than London in global markets? Evaluating foreign listing choices over time," with Craig Doidge, G. and G. Andrew Karolyi, Journal of Financial Economics, 2009, v91, 253-254.

"Differences in governance practices between U.S. and foreign firms: Measurement, causes, and consequences," with Reena Aggarwal, Isil Erel, and Rohan Williamson, Review of Financial Studies, 2009, v22(8), 3171-3209.

"Managerial ownership dynamics and firm value," with Rüdiger Fahlenbrach, Journal of Financial Economics, 2009, v92(3), 342-361.

"How much do banks use credit derivatives to hedge loans?" with Bernadette Minton and Rohan Williamson, Journal of Financial Services Research, 2009, v35, 1-31.

# Appendix A

"Securities laws, disclosure, and national capital markets in the age of financial globalization," Journal of Accounting Research, 2009, v47(2), 349-390.

"Why do U.S. firms hold so much more cash than they used to?" with Thomas W. Bates, and Kathleen M. Kahle, Journal of Finance, 2009, v64(5), 1985-2021.

"Financial globalization, governance, and the evolution of the home bias," with Bong-Chan Kho and Frank Warnock, Journal of Accounting Research, 2009, v47(2), 597-635.

"Seasoned equity offerings, market timing, and the corporate lifecycle," with Harry DeAngelo and Linda DeAngelo, Journal of Financial Economics, forthcoming.

"Why do firms appoint CEOs as outside directors?" with Rüdiger Fahlenbrach and Angie Low, Journal of Financial Economics, forthcoming.

"Credit default swaps and the credit crisis," Journal of Economic Perspectives, 2010, v.24(1), 73-92.

"Why do firms leave U.S. equity markets?," with Craig Doidge and G. Andrew Karolyi, Journal of Finance, forthcoming.

"Hedge fund contagion and liquidity shocks," with Nicole M. Boyson and Christof W. Stahel, Journal of Finance, forthcoming.


## PROFESSIONAL JOURNAL ARTICLES, BOOK REVIEWS, NOTES AND COMMENTS

Review of "Managing Foreign Exchange Risk," Richard J. Herring, ed., Journal of Money, Credit and Banking (February 1985), 124-125.

"On Capital Mobility in the World Economy," Carnegie-Rochester Conference Series on Public Policy (Spring, 1986), 105-114.

"Portfolio Management in International Capital Markets," Financial Markets and Portfolio Management (1, 1986), 18-23.

"Portfolio Insurance, Program Trading and the Crash of 1987," Financial Markets and Portfolio Management (1, 1988), 11-22.

"SMI Futures," with T. Stucki and W. Wasserfallen, Financial Markets and Portfolio Management (4, 1989), 288-300.

"Benefits of International Diversification with Daily Data: The Case of Pacific-Basin Stock Markets," with Warren Bailey, Journal of Portfolio Management (4, 1990), 57-61.

"Portfolio Insurance with Options and Futures on the SMI," with T. Stucki and W. Wasserfallen, Financial Markets and Portfolio Management (2, 1990), 99-115.

# Appendix A

"Securities Transaction Taxes: Lessons from the International Experience," in The Globalization of Equity Markets, Jeffrey Frankel, ed., University of Chicago Press, 1994.

"Identifying and Quantifying Exposures," with Rohan Williamson, in Financial Risk and the Corporate Treasury: New Developments in Strategy and Control," Robert Jameson, ed., Risk Publications, London, 1997, 33-51. Reprinted in Corporate Risk: Strategies and Management, Gregory W. Brown and Donald H. Chew, eds. Risk Publications, London, 1999.

"What's Wrong with Modern Capital Budgeting?," Financial Practice and Education, Fall/Winter 1999, 5-9.

"Diminishing the threats to shareholder wealth," Financial Times, Mastering Risk Series, April 25, 2000.

"Why risk management is not rocket science," Financial Times, Mastering Risk Series, June 27, 2000.

"An Emotional High for Stocks?," a review of "Irrational Exuberance" by Robert J. Shiller, Science (June 30, 2000), 2323.

"Demystifying Financial Derivatives," The Milken Institute Review, Third Quarter 2005, 20-31.

"Merton Miller," New Palgrave Dictionary, 2006.

"Financial Derivatives: Lessons from the Subprime Crisis," The Milken Institute Review, First Quarter 2009, 59-70.

"Six Ways Companies Mismanage Risk," Harvard Business Review, February 2009, v87(3), 86-94.


## SELECTED RESEARCH IN PROGRESS AND WORKING PAPERS

"Earnings, growth, and acquisitions," (with Fred Schlingemann and Sara Moeller).

"Financing flows," (with Han Shin).

"Acquisitions in the firm's lifecycle," with Asli Arikan.

"Why do foreign firms have less idiosyncratic risk than U.S. firms?," with Söhnke M. Bartram and Gregory Brown.

"Why did some banks perform better during the credit crisis? A cross-country study of the impact of governance and regulation," with Andrea Beltratti.

"Were the ABX indices priced efficiently?," with Mike Anderson and Jérôme Taillard.

# Appendix A

"Bank CEO incentives and the credit crisis," with Rüdiger Fahlenbrach.

"Why did U.S. banks hold toxic securities," with Isil Erel and Taylor Nadauld.

"Are cross-border mergers worth it?," (with Jesse Ellis, Fred Schlingemann, and Sara Moeller).

"Do target CEOs sell out their shareholders to keep their job in a merger?," with Leonce L. Bargeron, Frederik P. Schlingemann, and Chad J. Zutter.

"When are analyst recommendation changes influential?," with Roger Loh.

## EDITORIAL AND REFEREEING ACTIVITIES

Advisory Editor, Journal of Investment Management, 2003 to present.

Advisory Editor, Journal of Financial Economics, 2000 to present.

Advisory Editor, Journal of Financial Services, 1999 to present.

Editor, Journal of Finance, 1988 to 2000.

Editor, Corporate Finance Abstracts, Social Science Research Network, 1998 to present.

Editor, Journal of Financial Economics, 1982 to 1987.

Board of Editors, Journal of Banking and Finance, 2008.

Co-Editor, Banking and Financial Institutions Abstracts, Social Science Research Network, 1998 to present.

Co-Editor, Financial Markets and Portfolio Management, 1999 to present.

Associate Editor, Journal of Risk, 2006 to present.

Board of Editors, Japan and the World Economy, 2006 to present.

Advisory Editor, The Review of Finance, 2003 to 2009.

Advisory Editor, Journal of Economic Perspectives, 2006 to 2008.

Associate Editor, Journal of Economic Perspectives, 2003 to 2005.

Associate Editor, Journal of Financial Abstracts, 1994 to 1998.

Associate Editor, Journal of Financial Economics, 1988 to 1999.

Associate Editor, Journal of International Finance and Accounting, 1988 to present.

Associate Editor, Global Finance Journal, 1988 to present.

# Appendix A

Associate Editor, Journal of International Financial Markets, Institutions and Money, 1989 to present.

Associate Editor, Journal of Fixed Income, 1991 to present.

Associate Editor, Journal of International Trade and Finance, 1992 to present.

Associate Editor, Journal of Financial and Quantitative Analysis, 1983 to 1985.

Acted as an ad hoc referee for AER, JIE, JAE, JFE, JME, JMCB, JFQA, QJE, JF, JB, JPE, Canadian Journal of Economics, Management Science, Marketing Science, Journal of International Money and Finance, Journal of International Business Studies, the Canadian NSF and the NSF.

# Appendix B

## REPORTS AND PRIOR TESTIMONY OF RENÉ M. STULZ

| | |
|---|---|
| **Case Name:** | Procter & Gamble Co. v. Bankers Trust Co. |
| **Court:** | U.S. District Court, Cincinnati, OH |
| **Date of Testimony:** | March, 1996 (Report) |

| | |
|---|---|
| **Case Name:** | Danaher v. Acme-Cleveland |
| **Court:** | U.S. District Court for the South District of Ohio |
| **Date of Testimony:** | April, 1996 (Deposition) |

| | |
|---|---|
| **Case Name:** | Community Hospital of Springfield and Clark County v. Kidder Peabody. |
| **Court:** | NASD hearing |
| **Date of Testimony:** | January, 1998 (Arbitration Hearing) |

| | |
|---|---|
| **Case Name:** | Mckesson-HBOC v. Salomon Smith Barney |
| **Court:** | U.S. District Court, Southern District of New York |
| **Date of Testimony:** | September, 1999 (Report) |

| | |
|---|---|
| **Case Name:** | Franklin Federal Savings Bank v. United States |
| **Court:** | U.S. Court of Federal Claims |
| **Date of Testimony:** | October, 1999 (Report), January, 2000 (Deposition), October, 2001 (Affidavit), September 2002 (Trial) |

| | |
|---|---|
| **Case Name:** | WestFed Holdings, Inc., et al. v. United States |
| **Court:** | U.S. Court of Federal Claims |
| **Date of Testimony:** | April, 2000 (Report), July, 2000 (Deposition) |

| | |
|---|---|
| **Case Name:** | Compagnie NOGA d'Importation et d'Exportation v. The Government of the Russian Federation (Arbitration) |
| **Court:** | Arbitration Institute of the Stockholm Chamber of Commerce |
| **Date of Testimony:** | August, 2000 (Report) November, 2000 (Testimony) |

# Appendix B

**Case Name:** Stanford Square LLC v. Nomura Assets Capital Corporation
**Case No.:** 00 Civ. 1001
**Date of Testimony:** June, 2001 (Affidavit), March 2002 (Report), April 2002 (Deposition), July 2002 (Trial)


**Case Name:** Home Federal Bank of Tennessee, F.S.B. v. United States of America
**Case No.:** U.S. Court of Federal Claims
**Date of Testimony:** July, 2001 (Report), December, 2001 (Deposition)


**Case Name:** Charter Federal Savings Bank v. United States of America
**Case No.:** U.S. Court of Federal Claims
**Date of Testimony:** July, 2001 (Report), September, 2001 (Deposition)


**Case Name:** D&N Bank, a Federal Savings Bank, et. al. v. United States of America
**Case No.:** U.S. Court of Federal Claims
**Date of Testimony:** July, 2001 (Report), October, 2001 (Deposition)


**Case Name:** Mercury Insurance Company, et al. v. Martin H. Ruby, et al.
**Case No.:** U.S. District Court, Central District of California, Western Division
**Date of Testimony:** February, 2002 (Report)


**Case Name:** Credit Suisse First Boston Corporation, et al. v. ARM Financial Group, Inc., et al.
**Case No.:** U.S. District Court, Southern District of New York
**Date of Testimony:** February, 2002 (Report), March 2002 (Rebuttal Report) March 2002 (Deposition)


**Case Name:** Aucoven v. Venezuela
**Case No.:** International Center for Settlement of Investment Disputes
**Date of Testimony:** June 2002 (Report)
September 2002 (Rebuttal Report), October 2002 (Arbitration Hearing)


**Case Name:** K. Derhalli v. Lehman, et al.
**Case No.:** High Court of Justice, Commercial Division, London
**Date of Testimony:** August 2002 (Report), December 2002 (Joint Report)

# Appendix B

| | |
|---|---|
| **Case Name:** | Richard Hanley et al. v. Warburg Pincus, et al. |
| **Case No.:** | United States District Court for Arizona |
| **Date of Testimony:** | September 2003 (Report) |

| | |
|---|---|
| **Case Name:** | Marriott International Resorts, L.P. and Marriott International JBS Corporation v. The United States |
| **Case No.:** | United States Court of Federal Claims, Nos. 01-256T and 01-257T |
| **Date of Testimony:** | September 2003 (Report), December 2003 (Rebuttal Report), January 2004 (Deposition) |

| | |
|---|---|
| **Case Name:** | FirePond IPO Securities Litigation |
| **Case No.:** | United States District Court 01 Civ. 7048 (S.D.N.Y.) |
| **Date of Testimony:** | February 2004 (Report), December 2007 (Report), February 2008 (Deposition) |

| | |
|---|---|
| **Case Name:** | Corvis Securities Litigation |
| **Case No.:** | United States District Court 03 Civ. 0590 (GEL) |
| **Date of Testimony:** | October 2004 (Report) |

| | |
|---|---|
| **Case Name:** | Bancorp Services, L.L.C. v. Zurich Insurance Company and others |
| **Case No.:** | American Arbitration Association, No. 50T 180 002 04 |
| **Date of Testimony:** | February 2005 (Report), March 2005 (Arbitration Hearing) |

| | |
|---|---|
| **Case Name:** | Bristol Myers Squibb Securities Litigation |
| **Case No.:** | United States District Court Civil Action No. 00-1990 (SRC) |
| **Date of Testimony:** | May 2005 (First declaration), May 2005 (Second declaration) |

| | |
|---|---|
| **Case Name:** | Anglo American Security Fund and others v. S.R. Global International Fund and others |
| **Case No.:** | Court of Chancery of the State of Delaware, C.A. No. 20066-NC |
| **Date of Testimony:** | September 2005 (Report) |

| | |
|---|---|
| **Case Name:** | Robert Ahearn and Almar Sales Company v. Credit Suisse First Boston |
| **Case No.:** | United States District Court, Massachusetts, C.A. No. 03-CV-10956 (JLT) |
| **Date of Testimony:** | December 2005 (Report) |

# Appendix B

**Case Name:** Asset Alliance v. Barry et al.
**Case No.:** American Arbitration Association, AA No. 13 169 Y 00224 03
**Date of Testimony:** December 2005 (Report); March 2005 (Rebuttal Report)


**Case Name:** PSEG Global Inc. et al. v. Republic of Turkey
**Case No.:** ICSID CASE NO. ARB/02/5
**Date of Testimony:** September 2005 (Report); March 2006 (Rebuttal Report); April 2006 (Arbitration hearing)


**Case Name:** In re Enron corporation securities, derivative, and "ERISA" litigation
**Case No.:** United States District Court, Southern District, Texas, MDL 1446
**Date of Testimony:** July 2006 (Report), October 2006 (Deposition)


**Case Name:** West Basin Municipal Water District v. Rice Financial et al.
**Case No.:** Superior Court of the State of California, BC 325420
**Date of Testimony:** September 2006 (Deposition)


**Case Name:** In re Salomon Analyst Metromedia Litigation
**Case No.:** United States District Court, Southern District of New York, No. 02-Civ-7966 (GEL)
**Date of Testimony:** December 2006 (Report)


**Case Name:** In re Lantronix Litigation
**Case No.:** United States District Court, Southern District of New York, No. 03-CV-2467 (JES)
**Date of Testimony:** February 2007 (Affidavit); April 2007 (Reply Declaration); October 2007 (Testimony)


**Case Name:** Toledo Blade Newspaper Unions - Blade Pension Plan, et al. v. Investment Performance Services, LLC, et al.
**Case No.:** 3:04-CV-7123 (N.D. Ohio)
**Date of Testimony:** April 2007 (Report), July 2007 (Deposition), September 2007 (Declaration)


**Case Name:** In Re Credit Suisse – AOL Securities Litigation
**Case No.:** United States District Court of Massachusetts, Case No. 1:02 CV 12146
**Date of Testimony:** April 2007 (Declaration), June 2007 (Deposition), April 2008 (Report), August 2008 (Deposition), July 2009 (Declaration)

# Appendix B

**Case Name:**        In re Parmalat Securities Litigation – Enrico Bondi v. Bank of
America Corporation, *et al.*

**Case No.:**         05 CIV 4015 (LAK) (Southern District of New York)

**Date of Testimony:**  May 2007 (Report), June 2007 (Rebuttal Report), August 2007
(Deposition)

**Case Name:**        In re Parmalat Securities Litigation – Gerald K. Smith, as
Litigation Trustee of the Farmland Dairies LLC Litigation Trust, v.
Bank of America Corporation, *et al.*

**Case No.:**         06 CIV 0383 (LAK) (Southern District of New York)

**Date of Testimony:**  May 2007 (Report), June 2007 (Rebuttal Report)

**Case Name:**        In re Parmalat Securities Litigation – G. Peter Pappas, as the Plan
Administrator of the Plan of Liquidation of Parmalat-USA
Corporation, v. Bank of America Corporation, *et al.*

**Case No.:**         06 CIV 3109 (LAK) (Southern District of New York)

**Date of Testimony:**  May 2007 (Report), June 2007 (Rebuttal Report), August 2007
(Deposition)

**Case Name:**        In re Parmalat Securities Litigation – Class Action

**Case No.:**         04 CIV 0030 (LAK) (Southern District of New York)

**Date of Testimony:**  May 2007 (Report), June 2007 (Rebuttal Report), August 2007
(Deposition)

**Case Name:**        In re Parmalat Securities Litigation – Food Holdings Limited and
Dairy Holdings Limited, acting by their Joint Official Liquidators,
Gordon I. MacRae and G. James Cleaver, v. Bank of America
Corporation, *et al.*

**Case No.:**         05 CIV 9934 (LAK) (Southern District of New York)

**Date of Testimony:**  May 2007 (Report), June 2007 (Rebuttal Report), August 2007
(Deposition), August 2009 (Written Testimony), September 2009
(Testimony)

**Case Name:**        In re Parmalat Securities Litigation – Parmalat Capital Finance
Limited, acting by its Joint Official Liquidators, Gordon I. MacRae
and G. James Cleaver, v. Bank of America Corporation, *et al.*

**Case No.:**         06 CIV 0074 (LAK) (Southern District of New York)

**Date of Testimony:**  May 2007 (Report), June 2007 (Rebuttal Report), August 2007
(Deposition)

**Case Name:**        McGill v. Board of Trade of the City of Chicago, Incorporated

**Case No.:**         AAA No. 51 148 Y 01529 06

**Date of Testimony:**  October 2007 (Report), January 2008 (Arbitration Testimony)

# Appendix B

**Case Name:** In re Enron Creditor Recovery Corp

**Case No.:** 01-16034 (AJG) (United State Bankruptcy Court, Southern District of New York)

**Date of Testimony:** January 2008 (Report), March 2008 (Deposition)


**Case Name:** In re Parmalat Securities Litigation – John Hancock Life Insurance Company *et al.*

**Case No.:** 04 MD 1653 (LAK) ECF Case (Southern District of New York)

**Date of Testimony:** February 2008 (Report)


**Case Name:** United States v. Ronald Ferguson *et al.*

**Case No.:** 3:06-CR-137(CFD) (United State District Court, District of Connecticut)

**Date of Testimony:** May 2008 (Report), June 2008 (Rebuttal), September 2008 (Supplemental Report)


**Case Name:** John Bruhl, Keith Rotman and Scott Maltz v. Price Waterhouse Coopers et al.

**Case No.:** 03-23044-CIV-MARA (United States District Court, Southern District of Florida)

**Date of Testimony:** July 2008 (Report), July 2008 (Deposition), August 2008 (Testimony)


**Case Name:** Robert Kelleher et al. v. ADVO, Inc., et al.

**Case No.:** 3:06-cv-01-422-AVC (United States District Court, District of Connecticut)

**Date of Testimony:** October 2008 (Report), November 2008 (Deposition)


**Case Name:** In Re BP Prudhoe Bay Royalty Trust

**Case No.:** C06-1505 MJP (United States District Court, Western District Court, Western District of Washington at Seattle)

**Date of Testimony:** November 2008 (Declaration)


**Case Name:** In Re Adelphia Communications Corp., et al. Debtors

**Case No.:** Case No. 02-41729 (REG) (United States Bankruptcy Court, Southern District of New York)

**Date of Testimony:** February 2009 (Report, Rebuttal Report), March 2009 (Deposition), August 2009 (Written Testimony), October 2009 (Trial)

# Appendix B

**Case Name:**       In Re TOUSA, Inc., et al. vs. Citicorp North America, Inc., et al.

**Case No.:**          08-1435-JKO (United States Bankruptcy Court, Southern District of Florida, Fort Lauderdale Division)

**Date of Testimony:**  May 2009 (Report), June 2009 (Deposition), July 2009 (Testimony)


**Case Name:**       In Re Trigem America Corporation, Debtor

**Case No.:**          8-07-01140-TA (United States Bankruptcy Court for the Central District of California, Santa Ana Division)

**Date of Testimony:**  June 2009 (Report), September 2009 (Report), October 2009 (Deposition), November 2009 (Deposition)


**Case Name:**       In Re SADIA S.A. Securities Litigation

**Case No.:**          1:08-CV-09528 (United State District Court for the Southern District of New York)

**Date of Testimony:**  March 2010 (Report), April 2010 (Deposition), May 2010 (Reply)


**Case Name:**       Airbus UK Ltd v. Hawker Beechcraft Corp.

**Case No.:**          ICC Case No. 16231-VRO

**Date of Testimony:**  April 2010 (Report)

# Appendix C
# Documents Considered

**LEGAL DOCUMENTS**

- In Re: Moody's Corporation Securities Litigation Consolidated Amended Complaint and documents cited therein, filed June 27, 2008.
- In Re: Moody's Corporation Securities Litigation, Opinion and Order, filed February 23, 2009.
- Lead Plaintiffs' Memorandum of Law in Support of Motion for Class Certification, filed January 22, 2010.
- Declaration of Daniel Hume in Support of Lead Plaintiffs' Motion for Class Certification, Parts One and Two, filed January 22, 2010.

**DISCOVERY DOCUMENTS**

- LTPF 0002852
- MCCURLEY 0001-0007
- Wetstein 0001-0003

**SEC FILINGS AND ANNUAL REPORTS**

- Moody's Corporation, Form 10-K, 2001 – 2009
- Moody's Corporation, Form 10-Q, Q1 2001 – Q3 2009
- Moody's Corporation Annual Reports, 2001 – 2009
- Barclays Plc., Form 13F-HR, Q1 2007 – Q4 2009
- Credit Suisse Group AG, Form 13F-HR, Q1 2007 – Q4 2009
- ING Group N.V., Form 13F-HR, Q3 2008 – Q4 2009
- Royal Bank of Scotland Group Plc., Form 13F-HR, Q1 2007 – Q4 2009
- UBS AG, Form 13F-HR, Q1 2007 – Q4 2009
- ING Group N.V. Quarterly Results Overview, Q1 2007 – Q2 2008, available at: http://www.ing.com/group/showdoc.jsp?docid=039176_EN&menopt=ivr|qtr.
- Société Générale Quarterly and Annual Results, 2007 – 2009, available at: http://www.investor.socgen.com/phoenix.zhtml?c=69575&p=irol-results.

**PUBLIC PRESS**

Selected public press articles through searches on Factiva and Bloomberg including:

- Moody's Corporation Earnings Conference Calls, *Fair Disclosure Wire,* 2005 – 2009.
- "Moody's May Change Credit Ratings Faster, More Often," *Bloomberg,* January 18, 2002.
- "Corporate Credit-Rating Cuts Reach Record This Year (Update 2)," *Bloomberg,* December 26, 2002.
- "Moving the Market: SEC Says Voluntary Policing By Ratings Firms Lacks Bite," *The Wall Street Journal,* March 10, 2005.
- "Three is no crowd - Credit-rating agencies," *The Economist,* March 26, 2005.
- "Who rates the raters? – Credit-rating agencies – Credit-rating agencies," *The Economist,* March 26, 2005.
- "Credit raters make their mark," *Governing,* June 1, 2005.

# Appendix C
# Documents Considered

- "Moody's Revises Hybrid, ARM Analysis," *Mortgage Servicing News,* June 1, 2005.
- "Slices of Risk: How a Formula Ignited Market That Burned Some Big Investors," *The Wall Street Journal*, September 12, 2005.
- "US Senate's Shelby urges credit rater changes," *Reuters News*, February 1, 2006.
- "Senate Panel To Hold Hearing March 7 On Credit-Rating Cos," *Dow Jones News Service,* February 28, 2006.
- "Credit ratings groups come under attack," *Financial Times*, March 8, 2006.
- "Moving the Market: Credit-Rating Industry May Get More Oversight --- Congress Pushes Legislation To Encourage Competition; SEC Role Comes Under Fire," *The Wall Street Journal*, March 8, 2006.
- "Moody's CEO Got $1.6M Bonus For 2005," *Dow Jones Corporate Filings Alert*, March 22, 2006.
- "Pressure mounting over US ratings agency 'duopoly'," *Financial Times*, July 11, 2006.
- "Ratings agencies face shake-up," *Euromoney,* August 1, 2006.
- "Politics &Economics: Credit-Rating Oversight Measure Is Supported by a Senate Panel," *The Wall Street Journal*, August 3, 2006.
- "Legislation Congress Approves Credit Rating Agency Reform Act of 2006," *The Bond Buyer*, September 28, 2006.
- "Objectivity of a Rating Questioned," *The New York Times*, December 12, 2006.
- "Moody's earnings rise 86% on back of complex new products," *Financial Times*, February 8, 2007.
- "Analysts forced to rethink new Moody's system," *Financial Times*, February 28, 2007.
- "Dodd: Fed Failed In Supervisory Role In Subprime Loans," *CongressDaily*, March 22, 2007.
- "Moving the Market: Credit-Ratings Firms Get Caught Up in Subprime Meltdown," *The Wall Street Journal*, March 22, 2007.
- "Sen Christopher J. Dodd holds a hearing on the mortgage market—committee hearing," *CQ Transcriptions*, March 22, 2007.
- "Ill. attorney general asks for ICC help on credit rating probe," *Associated Press*, March 30, 2007.
- "Uproar forces Moody's into U-turn over banks' ratings," *Financial Times*, April 1, 2007.
- "Subprime mortgage market woes seen well contained," *Reuters News*, April 11, 2007.
- "Democrats Turning To Credit Rating Agencies' Role In Subprime Loan Crisis," *CongressDaily*, April 18, 2007.
- "Housing: Is the Worst Over?" *Business Week*, April 18, 2007.
- "Bernanke Believes Housing Mess Contained," *Forbes*, May 17, 2007.
- "REFILE-ANALYSIS-US rating agencies again seen as scapegoat," *Reuters News*, June 29, 2007.

# Appendix C
# Documents Considered

- "Fed's Warsh says no systematic risk from subprime," *Reuters News*, July 11, 2007.
- "STOCKS NEWS US-Housing not derailing growth outlk-Fed's Plosser," *Reuters News*, July 11, 2007.
- "Fed's Bernanke: Sees Economy Strengthening Into '08," *Dow Jones Capital Markets Report*, July 18, 2007.
- "Moody's, S&P May Need Better SEC Regulation, Senator Dodd Says," *Bloomberg*, August 1, 2007.
- "Moody's slashes ratings on 691 securities backed by 'piggyback' loans," *Associated Press Newswires*, August 16, 2007.
- "Dodd Reiterates Call To Increase GSEs' Portfolio Limits," *CongressDaily*, August 17, 2007.
- "Europeans Plan to Investigate Ratings Agencies and Their Warnings," *The New York Times*, August 17, 2007.
- "Fed finally gets Wall Street's message, investors respond with rally," *Associated Press Newswires*, August 17, 2007.
- "Hike caps on mortgage holdings, says Dodd," *Investment News*, August 17, 2007.
- "Leading the News: Sarkozy tackles credit -- Merkel letter urges market vigilance in wake of turmoil," *The Wall Street Journal Europe*, August 17, 2007.
- "Moody's moves on securities," *Financial Times*, August 17, 2007.
- "MORTGAGE WOES RIPPLE OUTWARD LACK OF CONFIDENCE EXTENDS FROM WALL STREET TO WAL-MART," *The Baltimore Sun*, August 17, 2007.
- "No shortage of legal claims in mortgage industry meltdown; NEWS," *The Recorder*, August 17, 2007.
- "S&P 500 Stocks With Biggest Gap Between Market Price, Estimate," *Bloomberg*, August 17, 2007.
- "S&P, Moody's face EU investigations; Credit rating agencies may have been slow to react to sub-prime crisis," *TODAY (Singapore)*, August 17, 2007.
- "Senator urges examination of ratings agencies," *Reuters News*, August 17, 2007.
- "SLOW RESPONSE TO LOAN DEFAULTS EYED," *San Jose Mercury News*, August 17, 2007.
- "Subprime ratings - Inquiries should focus on specifics of mortgage-backed debt," *Financial Times*, August 17, 2007.
- "UPDATE 3-U.S. senator urges examination of ratings agencies," *Reuters News*, August 17, 2007.
- "Feeling the Pain," *The Age*, August 18, 2007.
- "MOODY'S SAYS WIDESPREAD BANK RATINGS CHANGES UNNECESSARY," *Bernama Daily Malaysian News*, August 18, 2007.
- "Grading the Graders; With the markets in turmoil, familiar questions arise about the bond-rating agencies," *The Washington Post*, August 19, 2007.

# Appendix C
# Documents Considered

- "Loan by Loan, The Making of a Credit Squeeze," *The New York Times Abstracts*, August 19, 2007.
- "SUBPRIME MORTGAGES PROVED TO BE THE ULTIMATE RISK," *St. Paul Pioneer Press*, August 19, 2007.
- "J.P. Morgan analyst downgrades McGraw-Hill to 'Neutral' on credit market turmoil," *Associated Press Newswires*, August 20, 2007.
- "Lawmakers Must Not Over-Regulate Credit Agencies - US Senator," *Dow Jones International News*, August 20, 2007.
- "McGraw-Hill Cut to 'Neutral' at JPMorgan," *Bloomberg*, August 20, 2007.
- "McGraw-Hill Falls After JPMorgan Cuts Rating to 'Neutral'," *Bloomberg*, August 20, 2007.
- "McGraw-Hill Falls on Analyst Downgrade; Moody's Drops (Update3)," *Bloomberg*, August 20, 2007.
- "Moody's and Countrywide Financial drag on S&P 500 Monday," *Associated Press*, August 20, 2007.
- "Moody's: Debt Reduction Key as U.S. Homebuilders Generate Cash; 'In the past two or more years, homebuilders have bulked up on land and inventory'," *National Mortgage News*, August 20, 2007.
- "S&P, Moody's, Fitch Bear Blame for Subprime Crisis, Shelby Says," *Bloomberg*, August 20, 2007.
- "Senator on banking committee says credit agencies should shoulder some blame for mortgage mess," *Associated Press Newswires*, August 20, 2007.
- "Subprime Infects $300 Billion of Money Market Funds, Hikes Risk," *Bloomberg*, August 20, 2007.
- "Trio of Banks Leads Moody's Back to Private Market For $300 Million," *Private Placement Letter*, August 20, 2007.
- "U.S. Bill Yields Near Lowest Since 2005 on Demand for Safety," *Bloomberg*, August 20, 2007.
- "U.S. lawmaker: Subprime defaults at center of financial storm set to climb," *Associated Press Newswires*, August 20, 2007.
- "U.S. legislators will quiz rating agencies - Senator," *Reuters News*, August 20, 2007.
- "US senator sees sub-prime crisis getting worse before better," *Agence France Presse*, August 20, 2007.
- "Global Banking Crisis Fears Are Exaggerated, Moody's Says," *Bloomberg*, August 21, 2007.
- "MOODY'S CORP," *The Boston Globe*, August 21, 2007.
- "SEC Watching Wall Street Firms Amid Market Turmoil (Update2)," *Bloomberg*, August 21, 2007.
- "Senator points finger at credit rating firms," *Deseret Morning News*, August 21, 2007.

# Appendix C
# Documents Considered

- "Subprime Crisis Isn't Fault of Ratings Companies: Matthew Lynn," *Bloomberg*, August 21, 2007.
- "Drop Foreseen in Median Price of Homes in U.S.," *The New York Times*, August 26, 2007.
- "Subprime Mortgages Shouldn't Be Modified, Drexel Professor Says," *Bloomberg*, October 3, 2007.
- "Moody's to revise ratings by end of year," *Financial Times*, October 11, 2007.
- "Moody's Chief Says New Rating Guidelines Coming, FT Reports," *Bloomberg*, October 12, 2007.
- "Moody's eyes rating changes by end year – FT," *Reuters News,* October 12, 2007.
- "View From the Top: Ray McDaniel, chief executive of Moody's Investors Service," *Financial Times*, October 12, 2007.
- "Yoshizawa Says Moody's Subprime Cuts Reach 40% of CDOs," *Bloomberg*, October 12, 2007.
- "Junk mortgages under the microscope," *Fortune Magazine*, October 16, 2007.
- "U.S. Home Loans Back 16% of European CP Funds, Moody's Says," *Bloomberg*, October 17, 2007.
- "Moody's Investors Service Updates its Code of Professional Conduct," *Business Wire*, October 23, 2007.
- "BOE FINANCIAL STABILITY REPORT: UK ECONOMIC OUTLOOK ROBUST," *Market News International*, October 24, 2007.
- "BOE Says 'Intervention' May Be Required Over Credit Ratings," *Bloomberg*, October 24, 2007.
- "Economic Outlook Remains Robust Despite Credit Turmoil," *Market News International*, October 24, 2007.
- "Financial system at risk of further shocks-BoE says," *Reuters News*, October 24, 2007.
- "Financial System Remains Vulnerable In Transition Period," *Dow Jones International News*, October 24, 2007.
- "HIGHLIGHTS-Bank of England's Financial Stability Report," *Reuters News*, October 24, 2007.
- "Moody's Corp - MCO: Q3 Earnings Call @ 11:30 ET Today," *Knobias*, October 24, 2007.
- "Moody's Corporation Declares Quarterly Dividend," *Business Wire*, October 24, 2007.
- "Moody's Corporation Reports Results for Third Quarter of 2007," *Business Wire*, October 24, 2007.
- "Moody's Corporation Revises FY 2007 Earnings Guidance Downwards; Comments on FY 2007 Revenue Growth Guidance; Declares Quarterly Dividend," *Reuters News*, October 24, 2007.
- "Moody's expects job cuts amid tough debt market," *Reuters News*, October 24, 2007.

# Appendix C
# Documents Considered

- "Moody's Profit Falls 13% as Credit Slump Slows Ratings Demand," *Bloomberg*, October 24, 2007.
- "Moody's sees slower credit mkt rebound than 1998," *Reuters News*, October 24, 2007.
- "Q3 2007 Moody's Corporation Earnings Conference Call - Final," *Voxant FD (Fair Disclosure) Wire*, October 24, 2007.
- "UK financial sector still 'vulnerable'," *Financial Times*, October 24, 2007.
- "UK Must Strengthen Crisis Management Tools," *Dow Jones International News*, October 24, 2007.
- "UPDATE 2-Moody's posts lower net, cuts view, sees charge," *Reuters News*, October 24, 2007.
- "ASSET-BACKEDS-ABX sinks to lows after weak loan data," *Reuters News*, October 25, 2007.
- "Banks, Facing Resistance From SIVs, Turn To S&P For Help," *Dow Jones News Service*, October 25, 2007.
- "Moody's Corp. downgraded to underweight from neutral at J.P. Morgan," *AFX Asia*, October 25, 2007.
- "Moody's Corp. downgraded to underweight from neutral at J.P. Morgan," *Thomson Financial*, October 25, 2007.
- "Moody's Cut to 'Underweight' at JPMorgan," *Bloomberg*, October 25, 2007.
- "Blumenthal Calls Reports of Debt Rating Abuse 'Credible'," *Bloomberg*, October 26, 2007.
- "McCreevy Targets EU Bank Accounting Rules in Answer to Turmoil," *Bloomberg*, October 26, 2007.
- "Moody's completes $300 million private placement of senior unsecured notes," *Financial Deals Tracker*, October 26, 2007.
- "Moody's Cuts Ratings on CDOs Tied to Subprime Bonds (Update3)," *Bloomberg*, October 26, 2007.
- "Moody's-MCO volume & volatility Up on Connecticut Attorney Gener," *Theflyonthewall.com*, October 26, 2007.
- "S&P Gets Subpoena From Connecticut Attorney General (Update1)," *Bloomberg*, October 26, 2007.
- "UPDATE 3-Connecticut AG subpoenas rating agencies," *Reuters News*, October 26, 2007.
- "UPDATE 3-Moody's begins cutting some top-rated CDOs to junk," *Reuters News*, October 26, 2007.
- "Moody's to Cut Jobs in Next Two Months as Ratings Demand Slows," *Bloomberg*, October 31, 2007.
- "How They Got Housing Wrong," *CNN*, December 28, 2007.
- "JPMorgan Acts to Buy Ailing Bear Stearns at Huge Discount," *The New York Times*, March 16, 2008.

# Appendix C
## Documents Considered

- "UPDATE: Moody's Downgrades Or Gives Warning On $40B In CDOs," *Dow Jones News Service*, March 27, 2008.
- "FT.com site: SEC to propose rules on ratings conflicts," *Financial Times (FT.Com)*, April 10, 2008.
- "S&P Requires Loan Data for Mortgage Debt, Forms Panel (Update3)," *Bloomberg*, April 10, 2008.
- "Unpaid Mortgages Rise on Job Losses, Home Price Drops (Update1)," *Bloomberg*, April 10, 2008.
- "As Housing Boomed, Moody's Opened Up," *The Wall Street Journal*, April 11, 2008.
- "Interview Excerpts: Moody's Executives; Ratings Agency's Clarkson, McDaniel: 'We Make Assumptions With Losses'," *The Wall Street Journal*, April 11, 2008.
- "Moody's Scrapped Its Old Culture During Housing Boom, WSJ Says," *Bloomberg*, April 11, 2008.
- "SEC to move on ratings conflict," *Financial Times*, April 11, 2008.
- "Fremont Options Few as Clock Ticks on Regulators' Deadline," *Orange County Business Journal*, April 14, 2008.
- "Subprime Losses Top $379 Billion on Balance-Sheet Marks," *Bloomberg*, May 19, 2008.
- "CPDOs expose ratings flaw at Moody's," *Financial Times*, May 20, 2008.
- "Eskom Says Timing Of Moody's Rating Review Regrettable," *Dow Jones International News*, May 20, 2008.
- "Hedge Funds in Swaps Face Peril With Rising Junk Bond Defaults," *Bloomberg*, May 20, 2008.
- "In Agreement On the Problem, But Not the Fix," *American Banker*, May 20, 2008.
- "Moody's Incorrectly Gave Top Ratings to Debt Products, FT Says," *Bloomberg*, May 20, 2008.
- "Berkshire's Buffett Affirms Faith in Moody's as Stock Drops," *Bloomberg*, May 21, 2008.
- "MCO: Moody's: Hearing MCO downgraded to Underperform at Jefferies," *Briefing.com, Inc.*, May 21, 2008.
- "MCO: Moody's: Senator seeks probe of Moody's errors," *Briefing.com, Inc.*, May 21, 2008.
- "MCO: Seven Year High in Cash Flow from Operations for Moodys," *Market News Publishing Inc.*, May 21, 2008.
- "Moody's Confirms External Review of European CPDO Rating Process," *Business Wire*, May 21, 2008.
- "Moody's Cut to 'Underperform' at Jefferies," *Bloomberg*, May 21, 2008.
- "Moody's Faces Connecticut Probe of Alleged 'Cover-Up' of Errors," *Bloomberg*, May 21, 2008.

# Appendix C
# Documents Considered

- "Moody's Faces Connecticut Probe of Alleged 'Cover-Up' (Update1)," *Bloomberg,* May 21, 2008.
- "Moody's Falls Most Ever After Ratings Error Probe (Update2)," *Bloomberg*, May 21 2008.
- "Moody's Falls Most in 9 Years on Probe of Aaa Computer Error," *Bloomberg*, May 21, 2008.
- "Moody's Probes Ratings on Report Computer Bug Caused Aaa Grades," *Bloomberg*, May 21, 2008.
- "SEC Should Investigate Moody's, Consider Fines, Schumer Says," *Bloomberg*, May 21, 2008.
- "SEC unsure of authority in reported Moody's error," *Reuters News*, May 21, 2008.
- "UPDATE 1-SEC unsure of authority in reported Moody's error," *Reuters News*, May 21, 2008.
- "UPDATE 5-Moody's launches inquiry after rating error report," *Reuters News,* May 21, 2008.
- "UPDATE: US Lawmaker Seeks SEC Probe Of Moody's Rating," *Dow Jones News Service,* May 21, 2008.
- "US senator urges SEC to probe Moody's reported error," *Reuters News*, May 21, 2008.
- "2nd UPDATE: Australia Reviews Credit Rtg Agency Regulations," *Dow Jones International News*, May 22, 2008.
- "Australia to Review Credit Rating Agencies Amid Market Concern," *Bloomberg*, May 22, 2008.
- "Australian Review of Credit Rating Agencies," *Australian Government – The Treasury*, May 22, 2008.
- "Blumenthal Says Moody's Cooperative in Connecticut Probe: Audio," *Bloomberg*, May 22, 2008.
- "Buffett says any wrongdoers should leave Moody's," *Reuters News*, May 22, 2008.
- "Buffett Says Moody's Should Dismiss Workers If Wrongdoing Found," *Bloomberg*, May 22, 2008.
- "CHANGING RATINGS: NYU Prof Urges Hands-Off Approach To Reform," *Dow Jones Capital Markets Report*, May 22, 2008.
- "Dismal outlook for U.S. growth sends stock markets reeling," *The Toronto Star*, May 22, 2008.
- "Lawmakers, SEC Concerned About News Article on Moody's," *The Bond Buyer*, May 22, 2008.
- "MCO: Moody's: Warren Buffett won't seek mgmt changes at Moody's," *Briefing.com, Inc.,* May 22, 2008.
- "MCO US: Moodys' EBITDA Decreases 7.5%," *Market News Publishing Inc.*, May 22, 2008.

# Appendix C
# Documents Considered

- "Minyanville's Kevin Depew: Five Things You Need To Know," *Bloomberg*, May 22, 2008.
- "Moody's Commercial Paper Rating May Be Cut by Standard & Poor's," *Bloomberg*, May 22, 2008.
- "Moody's Commercial Paper Rating May Be Cut, S&P Says (Update2)," *Bloomberg*, May 22, 2008.
- "Moody's Corporation - Company News," *NewsTrak Daily*, May 22, 2008.
- "Moody's error hits its shares," *Financial Times*, May 22, 2008.
- "Moody's Faces Scrutiny of Computer Error, Possible 'Cover-Up'," *Bloomberg*, May 22, 2008.
- "MOODY'S HAS HUGE COLLAPSE," *New York Post*, May 22, 2008.
- "Moody's Plunges for Second Day After Probe of Computer Error," *Bloomberg*, May 22, 2008.
- "Moody's Plunges for Second Day After Cover-Up Probe (Update1)," *Bloomberg*, May 22, 2008.
- "Moody's stock drops in New York on investigation of rating errors," *National Post*, May 22, 2008.
- "More Questions Are Raised About Moody's Ratings," *The New York Times*, May 22, 2008.
- "New Debt Products Test Moody's Methods," *The Wall Street Journal*, May 22, 2008.
- "S&P says may cut Moody's commercial paper rating," *Reuters News*, May 22, 2008.
- "STOCKS FALL ON $133 OIL, FED MEETING MINUTES," *Pittsburgh Post-Gazette*, May 22, 2008.
- "STOCKWATCH UK banks lower on Moody's implications; ABN Amro still 'underweight'," *AFX Asia*, May 22, 2008.
- "U.K. Stocks Decline, Led by Shell, BG on Oil; LSE, Tate Drop," *Bloomberg*, May 22, 2008.
- "Conn Atty Genl Probing Fitch, Moody's, S&P As Antitrust Case," *Dow Jones International News,* May 21, 2008.
- "Warren Buffett Won't Seek Mgmt Changes At Moody's," *Dow Jones International News*, May 22, 2008.
- "UPDATE: SEC To Probe Credit Rating Firms' Error Handling," *Dow Jones News Service,* May 27, 2008.
- "UPDATE: Global Regulators Give Ratings Agencies Guidelines," *Dow Jones International News,* May 28, 2008.
- "Rating agencies agree to change charges," *Financial Times*, June 3, 2008.
- "WSJ: Ratings Firms Near Deal With New York Atty General," *Dow Jones News Service,* June 3, 2008.
- "Bond Raters to Shift Fee Practices – Moody's, S&P, Fitch Settlement Aims to Restore Investor Confidence," *The Wall Street Journal Europe,* June 4, 2008.

# Appendix C
# Documents Considered

- "Rating Firms Seem Near Legal Deal On Reforms," *The New York Times,* June 4, 2008.
- "Cuomo, rating agencies agree on mortgage reforms," *AP Business Writer,* June 5, 2008.
- "Moody's CEO Says Regulatory Probes Won't Kill Model (Update2)," *Bloomberg,* June 5, 2008.
- "SEC Chairman Christopher Cox Statement on Ratings, Cuomo Pact," *Bloomberg,* June 5, 2008.
- "Speech By SEC Chairman Christopher Cox: Statement At Open Meeting On Rules For Credit Rating Agencies," *Exchange News Direct,* June 11, 2008.
- "Moody's Investors Service Announces Actions After Review of European CPDO Ratings Process," *Business Wire,* July 1, 2008.
- "Lax Lending Standards Led to IndyMac's Downfall," *The New York Times,* July 29, 2008.
- "Blumenthal Plans Legal Action of Moody's, S&P, Fitch Ratings," *Bloomberg,* July 30, 2008.
- "Banks' Subprime Losses Top $500 Billion on Writedowns (Update1)," *Bloomberg,* August 12, 2008.
- "Treasury to Outline Fan-Fred Plan," *The Wall Street Journal,* September 7, 2008.
- "Wall Street Down, Lehman Out," *The Wall Street Journal,* September 15, 2008.
- "Fed's $85 Billion Loan Rescues Insurer," *The New York Times,* September 17, 2008.
- "Government Seizes WaMu and Sells Some Assets," *The New York Times,* September 25, 2008.
- "Moody's Cuts Industrial Metal Outlook to 'Negative' vs 'Stable'," *Bloomberg,* October 21, 2008.
- "U.S. Treasuries Gain as Rate-Cut Bets Rise, Bank Profits Fall," *Bloomberg,* October 21, 2008.
- "2nd UPDATE: House Panel Eyes Problems At Credit-Rating Firms," *Dow Jones News Service,* October 22, 2008.
- "Blumenthal Says U.S. Needs to Regulate Ratings Companies: Video," *Bloomberg,* October 22, 2008.
- "Carolyn Maloney Says Rating Firms Need More Transparency: Video," *Bloomberg,* October 22, 2008.
- "Credit agencies 'broke bond of trust'," *Financial Times (FT.Com),* October 22, 2008.
- "Credit Raters Get Grilled On Capitol Hill," *Associated Press,* October 22, 2008.
- "Credit-Rating Companies 'Sold Our Soul' for Pay, Employees Said," *Bloomberg,* October 22, 2008.
- "Fitch President & CEO Steve Joynt to Testify Before U.S. House Committee," *Business Wire,* October 22, 2008.
- "Fitch says ratings must be more predictive," *Reuters News,* October 22, 2008.
- "Lawmakers Blast Credit Rating Agencies," *HedgeWorld News,* October 22, 2008.

# Appendix C
# Documents Considered

- "Moody's CEO says investor-pays model more flawed," *Reuters News*, October 22, 2008.
- "Moody's, S&P Employees Doubted Ratings, E-Mails Say (Update2)," *Bloomberg*, October 22, 2008.
- "Raters Make a Live-and-Learn Defense," *CFO.com*, October 22, 2008.
- "Rating Agencies: Calif.'s Lockyer Says Raters Using Crisis as Excuse to Block Reform," *The Bond Buyer*, October 22, 2008.
- "Rating agencies under scrutiny," *Crain's New York Business*, October 22, 2008.
- "Rating Companies Put Profits First, Critics Testify (Update1)," *Bloomberg*, October 22, 2008.
- "S&P says no evidence of misconduct by analysts," *Reuters News*, October 22, 2008.
- "Sharma Says S&P Is 'Committed' to Restoring Confidence: Video," *Bloomberg*, October 22, 2008.
- "Standard & Poor's President Deven Sharma Says Credit Rating Firm Taking Steps to Restore Investor Confidence in the Capital Markets," *PR Newswire (U.S.)*, October 22, 2008.
- "U.S. Stocks Tumble, S&P 500 Drops to Lowest Level Since 2003," *Bloomberg*, October 22, 2008.
- "Who Will Take Responsibility For Crisis?" *NPR*, October 22, 2008.
- "WRAPUP 3-Moody's CEO warned board on rating quality," *Reuters News*, October 22, 2008.
- "Credit firms rated mortgage-related securities high despite knowing flaws; Bond-issuer pressure contributed to grade hikes, documents at a House hearing show," *Los Angeles Times*, October 23, 2008.
- "CREDIT-RATING ANALYSTS CREATED SUBPRIME MESS," *New York Post*, October 23, 2008.
- "House Panel Scrutinizes Rating Firms," *The New York Times*, October 23, 2008.
- "Profile: Credit rating agencies under fire in financial mess," *NBC News*, October 23, 2008.
- "Rating Agencies: Congressional Flak; Rating Agencies Under Fire in House," *The Bond Buyer*, October 23, 2008.
- "U.S. Commercial Real Estate Prices to Drop More, Moody's Says," *Bloomberg*, October 23, 2008.
- "US credit rating agencies 'a colossal failure'," *Irish Independent*, October 23, 2008.
- "U.S. News: Moody's CEO Warned Profit Push Posed a Risk to Quality of Ratings," *The Wall Street Journal*, October 23, 2008.
- "U.S. Stocks Decline on Foreclosures, Amazon's Sales Forecast," *Bloomberg*, October 23, 2008.
- "White Plains Nws: Lawmakers Blast Credit Rating Agencies," *Reuters News*, October 23, 2008.

# Appendix C
# Documents Considered

- "Recipe for Disaster: The Formula that Killed Wall Street," *Wired Magazine*, February 23, 2009.
- "Prosecutors Ask if 8 Banks Duped Rating Agencies," *The New York Times*, May 12, 2010.

## SECURITY ANALYST REPORTS

- Selected equity research reports by equity analysts covering Moody's and McGraw-Hill stock, 2006 – 2008.
- "Rating Shopping – Now the Consequences," *Nomura Fixed Income Research*, February 16, 2006.
- "A Simple Guide to Subprime Mortgages, CDO, and Securitization," *Citi*, April 13, 2007

## RATING AGENCY PUBLICATIONS AND REPORTS

- "Understanding Moody's Corporate Bond Ratings and Rating Process," *Moody's Investors Service*, June 3, 2002.
- "Structured Finance Rating Transitions: 1983-2002," *Moody's Investors Service*, January 2003.
- "Moody's Mortgage Metrics: A Model Analysis of Residential Mortgage Pools," *Moody's Investors Service*, April 1, 2003.
- "U.S. Subprime Mortgage Securitization Cashflow Analytics," *Moody's Investors Service*, March 17, 2004.
- "An Update to Moody's Analysis of Payment Shock Risk in Sub-Prime Hybrid ARM Products," *Moody's Investors Service*, May 16, 2005.
- "Code of Professional Conduct," *Moody's Investors Service,* June 2005.
- "Announcement: MOODY'S PUBLISHES CODE OF PROFESSIONAL CONDUCT," *Moody's Investors Service,* June 2, 2005.
- "Default & Loss Rates of Structured Finance Securities: 1993-2004," *Moody's Investors Service,* July 2005.
- "Moody's Modeling Approach to Rating Structured Finance Cash Flow CDO Transactions," *Moody's Investors Service*, September 26, 2005.
- "Update to Subprime Residential Mortgage Securitization Assumptions," *Moody's Investors Service*, December 2, 2005.
- "Structured Finance Rating Transitions: 1983-2005," *Moody's Investors Service,* February 2006.
- "Report on the Code of Professional Conduct," *Moody's Investors Service*, April 2006.
- "Moody's Approach to Coding Subprime Residential Mortgage Documentation Programs: Updated Methodology," *Moody's Investors Service*, November 28, 2006.
- "Early Defaults Rise in Mortgage Securitizations," *Moody's Investors Service*, January 18, 2007.

# Appendix C
# Documents Considered

- "2006 Review and 2007 Outlook: Home Equity ABS; 2006 Was Tough – Will 2007 Be Even More Challenging?" *Moody's Investors Service*, January 22, 2007.
- "Sub-Prime Mortgages: An Integrated Look into Credit Issues Today and What to Expect," *Moody's Investors Service*, March 2007.
- "Comparing Ratings on Jointly-Rated U.S. Structured Finance Securities: 2007 Update," *Moody's Investors Service*, March 30, 2007.
- "Announcement: Moody's comments on today's rating actions on second-lien RMBS," *Moody's Investors Service*, June 15, 2007.
- "Moody's Downgrades Subprime First-Lien RMBS," *Moody's Investors Service*, July 10, 2007.
- "Moody's Puts 184 CDO Tranches on Review for Possible Downgrade," *Moody's Investors Service*, July 11, 2007.
- "Moody's Corporation Reports Results for Second Quarter of 2007," *Moody's Investors Service*, August 1, 2007.
- "Rating Action: Moody's downgrades ratings of 120 subprime RMBS tranches issued in 2005," *Moody's Investors Service,* August 22, 2007.
- "The Fundamentals Of Structured Finance Ratings," *Standard & Poor's*, August 23, 2007.
- "Rating Action: Moody's Downgrades $33.4 billion of 2006 Subprime First-Lien RMBS and Affirms $280 billion Aaa's and Aa's," *Moody's Investors Service*, October 11, 2007.
- "Moody's Corporation Reports Results for Third Quarter of 2007," *Moody's Press Release*, October 24, 2007.
- "Structured Finance Rating Transitions: 1983-2007," *Moody's Investors Service*, February 2008.
- "Update On U.S. RMBS: Performance, Expectations, Criteria," *Fitch Ratings*, February 2008.
- "S&P Appoints Clifford Griep Executive Managing Director, Ratings Risk Management," *Standard & Poor's,* May 8, 2008.
- "Moody's Confirms External Review of European CPDO Rating Process," *Moody's Press Release*, May 21, 2008.
- "Default & Loss Rates of Structured Finance Securities: 1993 – 2007," *Moody's Investors Service,* July 2008.
- "Moody's Credit Policy – Maintaining Consistent Corporate Ratings Over Time," *Moody's Investors Service*, August 2008.
- "Standard & Poor's Enhanced Mortgage Originator And Underwriting Review Criteria for RMBS," *Standard & Poor's*, November 25, 2008.
- "Structured Finance Rating Transitions: 1983-2008," *Moody's Investors Service*, March 2009.

# Appendix C
# Documents Considered

- "The Performance of Structured Finance Ratings: Mid-Year 2009 Report," *Moody's Investors Service,* December 2009.

## MOODY'S CORPORATION INVESTOR PRESENTATIONS
- Moody's Corporation Investor Presentation, *UBS Global Media & Communications Conference,* December 3, 2007.
- Moody's Corporation Investor Presentation, *Citi Global Entertainment, Media & Telecommunications Conference 2009,* January 6, 2009.
- Moody's Corporation Investor Presentation, *William Blair Growth Stock Conference,* June 9, 2009.
- Moody's Corporation Investor Presentation, *Credit Suisse 12th Annual Global Services Conference,* February 23, 2010.

## CONGRESSIONAL PUBLICATIONS
- Selected testimony from: "Examining the Role of Credit Rating Agencies in the Capital Markets," U.S. Senate Committee on Banking, Housing, and Urban Affairs, February 8, 2005.
- Selected testimony from: "Assessing the Current Oversight and Operation of Credit Rating Agencies," U.S. Senate Committee on Banking, Housing, and Urban Affairs, March 7, 2006.
- "Credit Rating Agency Reform Act of 2006," U.S. Senate Committee on Banking, Housing, and Urban Affairs, September 6, 2006.
- Senate Report to Accompany S. 3850: Credit Rating Agency Reform Act of 2006, Report 109-326, September 6, 2006.
- Selected testimony from: "Subprime Mortgage Market Turmoil: Examining the Role of Securitization," U.S. Senate Committee on Banking, Housing and Urban Affairs, April 17, 2007.
- Selected testimony from: "The Impact of Credit Rating Agencies on the Subprime Credit Markets," U.S. Senate Committee on Banking, Housing, and Urban Affairs, September 26, 2007.
- Selected testimony from: "The Role of Credit Rating Agencies in the Structured Finance Market," U.S. House Committee on Financial Services, September 27, 2007.
- Selected testimony from: "Turmoil in U.S. Credit Markets – The Role of the Credit Rating Agencies," U.S. Senate Committee on Banking, Housing, and Urban Affairs, April 22, 2008.
- Selected testimony from: "Credit Rating Agencies and the Financial Crisis," U.S. House Committee on Oversight and Government Reform, October 22, 2008.
- Selected testimony from: "The Role of Federal Regulators in the Financial Crisis," U.S. House Committee on Oversight and Government Reform, October 23, 2008.

# Appendix C
# Documents Considered

**BOOKS**

- Allen, Steven (2003), "Financial Risk Management, A Practitioner's Guide to Managing Market and Credit Risk," *John Wiley & Sons, Inc.*
- Brealey, Richard A. and Stewart C. Myers (2003), "Principles of Corporate Finance," 7th Edition, *McGraw-Hill.*
- Constantinides, George, Milton Harris, and René Stulz (eds), (2003), "Handbook of the Economics of Finance," *Elsevier Science B.V.*
- Fabozzi, Frank J., (ed) (2000), "The Handbook of Fixed Income Securities," 6th Edition, *McGraw-Hill.*
- Fabozzi, Frank J, Henry A. Davis and Moorad Choudhry (2006), "Introduction to Structured Finance," *John Wiley & Sons, Inc.*
- Fama, Eugene F. (1976), "Foundations of Finance: Portfolio Decisions and Securities Prices," *Basic Books, Inc.*
- Jorion, Philippe and GARP (Global Association of Risk Professionals) (2007), "Financial Risk Manager Handbook," 4th Edition, *John Wiley & Sons, Inc.*
- Goodman, Laurie, Shumin Li, Douglas Lucas, Thomas Zimmerman, and Frank Fabozzi (2008), "Subprime Mortgage Credit Derivatives," *John Wiley & Sons, Inc.*
- Hickman, W. Braddock (1958), "Corporate Bond Quality and Investor Experience," *Princeton University Press.*
- Taylor, John B. (2009), "Getting Off Track: How Government Actions and Interventions Caused, Prolonged, and Worsened the Financial Crisis," 1st Edition, *Hoover Institution Press.*

**PUBLICATIONS**

- Acharya, Viral V. and Lasse H. Pedersen (2005), "Asset Pricing with Liquidity Risk," *Journal of Financial Economics* v77(2), 375 – 410.
- Adelino, Manuel (2009) "Do Investors Rely Only on Ratings? The Case of Mortgage-Backed Securities," MIT Working Paper.
- Adelson, Mark, "Subprime Mortgages – A Realistic Outlook," *Asset Securitization Report,* August 20, 2007.
- Ahrend, Rudiger, Boris Cournède, and Robert Price (2008), "Monetary Policy, Market Excesses and Financial Turmoil," OECD Economics Department Working Paper No. 597.
- Altman, Edward I. and Herbert A. Rijken (2004), "How Rating Agencies Achieve Rating Stability," *Journal of Banking & Finance,* v28(11), 2679 – 2714.
- Altman, Edward I. and Herbert A. Rijken (2006), "A Point-in-Time Perspective on Through-the-Cycle Ratings," *Financial Analysts Journal,* v62(1), 54 – 70.
- Ashcraft, Adam B. and Til Schuermann (2008), "Understanding the Securitization of Subprime Mortgage Credit," Federal Reserve Bank of New York Staff Reports, March, 1 – 76.

# Appendix C
# Documents Considered

- Baker, H. Kent and Sattar A. Mansi (2002), "Assessing Credit Rating Agencies By Bond Issuers And Institutional Investors," *Journal of Business Finance & Accounting,* v29(9), 1367 – 1398.
- Barclay, Michael J. and Robert H. Litzenberger (1988), "Announcement Effects of New Equity Issues and the Use of Intraday Price Data," *Journal of Financial Economics,* v21, 71 – 99.
- Bhardwaj, Geetesh and Rajdeep Sengupta (2009), "Did Prepayments Sustain the Subprime Market," Federal Reserve Bank of St. Louis Working Paper.
- Brooks, Raymond M., Ajay Patel, and Tie Su (2003), "How the Equity Market Responds to Unanticipated Events," *Journal of Business,* v76(1), 109 – 133.
- Brunnermeier, Markus K. (2009), "Deciphering the Liquidity and Credit Crunch 2007– 2008," *Journal of Economic Perspectives,* v23(1), 77 – 100.
- Busse, Jeffrey A. and T. Clifton Green (2002), "Market Efficiency in Real Time," *Journal of Financial Economics,* v65, 415 – 437.
- Cantor, Richard (2001), "Moody's Investors Service Response to the Consultative Paper Issued by the Basel Committee on Bank Supervision 'A New Capital Adequacy Framework,'" *Journal of Banking & Finance,* v25, 171 – 185.
- Cantor, Richard and Eric Falkenstein (2001), "Testing for Rating Consistency in Annual Default Rates," *The Journal of Fixed Income,* v11(2), 36 – 51.
- Cifuentes, Arturo (2006), "CDOs and Correlation: A Few Modeling Misconceptions," *CFA Institute Conference Proceedings Quarterly,* v23(2), 53 – 58.
- Cohen, Lauren, Andrea Frazzini, and Christopher Malloy (2008), "The Small World of Investing: Board Connections and Mutual Fund Returns," *Journal of Political Economy,* v116(5), 951 – 979.
- Cont, Rama and Cathrine Jessen (2009), "Constant Proportion Debt Obligations (CPDO): Modeling and Risk Analysis," Columbia University Working Paper.
- Crockett, Andrew, Trevor Harris, Frederic S. Mishkin and Eugene N. White (2003), "Conflicts of Interest in the Financial Services Industry: What Should We Do about Them?" *Geneva Reports on the World Economy 5.*
- Demyanyk, Yuliya and Otto Van Hemert (2009), "Understanding the Subprime Mortgage Crisis," *Review of Financial Studies,* forthcoming.
- Fama, Eugene and Kenneth R. French (1989), "Business Conditions and Expected Returns on Stocks and Bonds," *Journal of Financial Economics,* v25, 23 – 49.
- Fender, Ingo and John Kiff (2004), "CDO Rating Methodology: Some Thoughts on Model Risk and its Implications," Bank for International Settlements Working Paper No. 163.
- Fender, Ingo and Martin Scheicher (2009), "The Pricing of Subprime Mortgage Risk in Good Times and Bad: Evidence from the ABX.HE Indices," Bank for International Settlements Working Paper No. 279.
- "Financial Stability Report," *Bank of England,* April 2008, Issue 23.
- Gerardi, Kristopher, Andreas Lehnert, Shane Sherlund and Paul Willen (2008), "Making Sense of the Subprime Crisis," *Brookings Papers on Economics Activity,* Fall, 69 – 159.
- Gorton, Gary B. (2008), "The Panic of 2007," NBER Working Paper No. 14358.

# Appendix C
# Documents Considered

- "Global Financial Stability Report: Containing Systemic Risks and Restoring Financial Soundness," *International Monetary Fund*, April 2008.

- Greene, Jason T. and Susan G. Watts (1996), "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Release," *Financial Management*, v25(1), 19 – 42.

- Hong, Harrison, Jeffrey D. Kubik, and Jeremy C. Stein (2005), "Thy Neighbor's Portfolio: Word-of-Mouth Effects in the Holdings and Trades of Money Managers," *Journal of Finance*, v60(6), 2801 – 2824.

- Hu, Jian (2007), "Assessing the Credit Risk of CDOs Backed by Structured Finance Securities: Rating Analysts' Challenges and Solutions," Moody's Investors Service Working Paper.

- Hubbard, R. Glenn and Christopher J. Mayer (2009), "The Mortgage Market Meltdown and House Prices," *The B.E. Journal of Economic Analysis & Policy*: v9(3), Article 8.

- Hull, John, Mirela Predescu, and Alan White (2004), "The Relationship Between Credit Default Swap Spreads, Bond Yields, and Credit Rating Announcements," *Journal of Banking and Finance*, v28, 2789 – 2811.

- "International Convergence of Capital Measurement and Capital Standards, A Revised Framework," *Bank for International Settlements, Basel Committee on Banking Supervision*, June 2004.

- Ivkovic, Zoran and Scott Weisbenner (2007), "Information Diffusion Effects in Individual Investors' Common Stock Purchases: Covet thy Neighbors' Investment Choices," *The Review of Financial Studies*, v20(4), 1327 – 1357.

- Jewell, Jeff and Miles B. Livingston (2000), "The Impact of a Third Credit Rating on the Pricing of Bonds," *The Journal of Fixed Income*, December, 69 – 85.

- Kealhofer, Stephen (2003), "Quantifying Credit Risk I: Default Prediction," *Financial Analysts Journal*, v59, 30 – 44.

- Kim, Yong Cheol, and René M. Stulz (1988), "The Eurobond Market and Corporate Financial Policy: A Test of the Clientele Hypothesis," *Journal of Financial Economics*, v22(2), 189 – 205.

- Krinsman, Allan N. (2007), "Subprime Mortgage Meltdown: How Did It Happen and How Will It End?" *The Journal of Structured Finance*, 13 – 19.

- Longstaff, Francis A., Sanjay Mithal, and Eric Neis (2005), "Corporate Yield Spreads: Default Risk or Liquidity? New Evidence from the Credit Default Swap Market," *The Journal of Finance*, v60(5), 2213 – 2253.

- Loh, Roger K. and René M. Stulz (2010), "When are Analyst Recommendation Changes Influential?" Ohio State University Working Paper.

- Lucas, Douglas J., Laurie S. Goodman, and Frank J. Fabozzi (2004), "Default Rates on Structured Finance Securities," *The Journal of Fixed Income*, v14(2), 44 – 53.

- MacKinlay, A. Craig (1997), "Event Studies in Economics and Finance," *Journal of Economic Literature*, v35(1), 13 – 39.

- "Mapping Global Capital Markets: Fifth Annual Report," *McKinsey & Company*, October 2008.

# Appendix C
# Documents Considered

- Mitchell, Mark L. and Jeffry M. Netter (1994), "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission," *The Business Lawyer*, v49, 545 – 590.
- "Model Risk," *Goldman Sachs*, Quantitative Strategies and Research Notes, April 1996.
- Partnoy, Frank (2005), "How and Why Credit Rating Agencies Are Not Like Other Gatekeepers," Working Paper, available at: www.nomurafoundation.or.jp/data/20050928_Frank_Partnoy.pdf.
- "Proposed Rules for Nationally Recognized Statistical Rating Organizations," U.S. Securities and Exchange Commission, June 16, 2008.
- Rajan, Uday, Amit Seru, and Vikrant Vig (2008), "The Failure of Models That Predict Failure: Distance, Incentives and Defaults," University of Michigan Working Paper.
- "Ratings in Structured Finance: What Went Wrong and What Can Be Done to Address the Shortcomings?" *Bank for International Settlements, Committee on the Global Financial System*, July 2008.
- "Report on the Role and Function of Credit Rating Agencies in the Operation of the Securities Markets," U.S. Securities and Exchange Commission, January 2003.
- "The Role of Ratings in Structured Finance: Issues and Implications," *Bank for International Settlements, Committee on the Global Financial System*, January 2005.
- Skinner, Douglas and Richard Sloan (2002), "Earnings Surprises, Growth Expectations, and Stock Returns or Don't Let an Earnings Torpedo Sink Your Portfolio," *Review of Accounting Studies*, v7(2-3), 289 – 312.
- "Stop Persecuting Ratings Agencies," *International Financial Law Review*, May 1, 2008.
- Steiner, Manfred and Volker G. Heinke (2001), "Event Study Concerning International Bond Price Effects of Credit Rating Actions," *International Journal of Finance and Economics*, v6, 139 – 157.
- "Summary Report of Issues Identified in the Commission Staff's Examinations of Select Credit Rating Agencies," U.S. Securities and Exchange Commission, July 2008.
- Tanaka, Misa (2003), "The Macroeconomic Implications of the New Basel Accord," *CESifo Economic Studies*, v49(2), 217 – 232.
- Tavakoli, Janet (2005), "Structured Finance: Rating the Rating Agencies," *GARP Risk Review* 22 (January/February).
- Taylor, John B. and John C. Williams (2009), "A Black Swan in the Money Market," *American Economic Journal: Macroeconomics*, v1(1), 58 – 83.
- Taylor, John B. (2009), "The Financial Crisis and the Policy Responses: An Empirical Analysis of What Went Wrong," NBER Working Paper 14631.
- "World Economic Outlook: Spillovers and Cycles in the Global Economy," *International Monetary Fund*, April 2007.
- Zimmerman Thomas (2007), "The Great Subprime Meltdown of 2007," *The Journal of Structured Finance*, v13(3), 7 – 20.

# Appendix C
# Documents Considered

- American Securitization Forum's 2006 Annual Meeting, available at: www.americansecuritization.com/story.aspx?id=416.
- "Economists Predict Soft Landing For Housing," *National Association of Home Builders,* April 28, 2006.
- "Home Sales Settling Down and Appreciation Slowing," *National Association of Realtors,* June 6, 2006, available at: www.mortgagebankers.org.
- "Moody's History," available at: www.moodys.com/moodys/cust/AboutMoodys.aspx?topic=history.
- "Moody's Rating Definitions," available at: http://v3.moodys.com/ratings-process/Ratings-Definitions/002002.
- Description of Moody's CDOROM Suite, available at: http://www.moodys.com/cust/prodserv/prodserv.aspx?source=StaticContent/Free%20Pages/Products%20and%20Services/cdorom.htm&viewtemplate=/templates/mdcHeaderFooter.xml.
- Description of Moody's Mortgage Metrics, available at: http://www.moodys.com/cust/prodserv/prodserv.aspx?source=StaticContent/Free%20Pages/Products%20and%20Services/MortgageMetrics.htm&viewtemplate=/templates/mdcHeaderFooter.xml.
- Moody's Structured Finance Long-Term Ratings Definitions, available at: http://v3.moodys.com/ratings-process/Structured-Finance-Long-Term-Ratings/002002001007.
- Moody's Terms of Copyright, available at: http://www.moodys.com/moodys/cust/AboutMoodys/AboutMoodys.aspx?topic=copyright.
- "Mortgage Finance Market Commentary #8: Housing Activity Should Decline Modestly This Year," *Mortgage Bankers Association,* January 2, 2006, available at: www.mortgagebankers.org.
- Remarks by Chairman Alan Greenspan, "Risk Transfer and Financial Stability," To the Federal Reserve Bank of Chicago's Forty-first Annual Conference on Bank Structure, May 5, 2005, available at: http://www.federalreserve.gov/Boarddocs/Speeches/2005/20050505/default.htm.
- Remarks by John B. Taylor, "Housing and Monetary Policy," To the Federal Reserve Bank of Kansas City's Symposium on Housing, Housing Finance and Monetary Policy, September 2007, available at: www.kansascityfed.org/PUBLICAT/SYMPOS/2007/PDF/Taylor_0415.pdf.
- Standard & Poor's Credit Risk Summit Speaker List, October 20, 2006, available at: http://www2.standardandpoors.com/spf/pdf/events/CreditRisk2006.pdf.
- Description of Standard & Poor's CDO Evaluator, available at: http://www.standardandpoors.com/products-services/CDO-Evaluator/en/us.

# Appendix C
# Documents Considered

- Description of Standard & Poor's LEVELS RMBS Credit Model, available at: http://www.standardandpoors.com/products-services/levels-rmbs-model/en/us.
- The Wall Street Journal Economic Forecasting Survey, November 2006 and March 2007, available at: http://online.wsj.com/public/resources/documents/info-flash08.html?project=EFORECAST07.

## BLOGS

- Accrued Interest, available at: www.accruedint.blogspot.com.
- Merkel, David, The Aleph Blog, available at: www.alephblog.com.
- Minyanville, available at: www.minyanville.com.
- My Daily Fatwa, available at: http://mydailyfatwa.blogspot.com.
- Shedlock, Micheal, Mish's Global Economic Trend Analysis, March 16, 2005, available at: www.globaleconomicanalysis.blogspot.com.
- Singh, Pankaj, Anupam Siddharth and Rama Kant. Panka Singh Blog, available at: http://pankajsinghblog.blogspot.com.
- Thisismoney.co.uk, available at: www.thisismoney.co.uk.
- Weiss, Martin D., "The Greatest Scam of All," Prudent Investor Newsletters, October 19, 2004, available at: www.prudentinvestornewsletters.blogspot.com.

## DATA SOURCES

- The Center for Research in Security Prices ("CRSP")
  - Stock and volume data for Moody's Corporation and The McGraw Hill Companies
  - Returns data for the NYSE Index
- Bloomberg
  - Stock, volume and dividend data for Fimalac
  - Data for Euro-dollar and Swiss Franc-dollar spot rate
  - Index price data for the S&P 500 Financials Total Returns Index
  - S&P 500 Financials Total Returns Index Members
  - TED Spread
  - LIBOR-OIS Spread
  - Price to Earnings Ratio for Moody's Corporation, S&P 500 Index and the Russell 1000 Growth Index
  - Moody's Corporation 30-Day and Implied Stock Price Volatility
  - S&P 500 Index 30-Day Volatility
  - Chicago Board Options Exchange's Volatility Index, also available at: http://www.cboe.com/publish/ScheduledTask/MktData/datahouse/vixcurrent.csv.
  - Merrill Lynch High Yield Master Index

# Appendix C
# Documents Considered

- o Price data for Markit ABX.HE.AAA and ABX.HE.BBB Indices
- o Summary of Credit Crisis Related Writedowns by Financial Institution as of Q4 2009
    - Command <WDCI>
    - Institutions include Citi, Wachovia, Bank of America, JPMorgan, UBS, Merrill Lynch, HSBC, Morgan Stanley, RBS, Barclays, Deutsche Bank, Credit Suisse, Lehman Brothers, Bear Stearns, Wells Fargo, Washington Mutual, HBOS, ING, BNP Paribas, Sociéte Générale, Bayerische Landesbank, and National City Corp.
- Thomson Financial
    - o Institutional Holdings Data for Moody's Corporation
    - o Analyst Annual and Quarterly EPS Forecasts for Moody's Corporation, January 2003-March 2010
    - o Actual Annual and Quarterly EPS for Moody's Corporation, December 2002-December 2009
- United States Federal Reserve
    - o Asset-Backed Commercial Paper Outstanding
    - o Yield Data for Five, Seven- and Ten- Year Treasury Notes
    - o Historical Selected Interest Rates
    - o Historical Exchange Rates for British Pound, Euro, and Swiss Francs to U.S. Dollars, 2007 – 2009.
- United States Department of Commerce, U.S. Census Bureau
    - o Homeownership Rates for the US and Regions: 1965 to Present
- TAQ
    - o Intraday Stock Trade Price and Volume for Moody's Corporation, selected dates
- Inside Mortgage Finance Publications
    - o Quarterly U.S. Prime, Alt-A, Subprime MBS Issuance Data
- DataStream
    - o Forecast and Actual EPS for Moody's Corporation, 2006 – 2008
    - o Long- and Short-Term Growth Forecasts for Moody's Corporation, 2006-2008
- SDC
    - o Monthly U.S. Syndicated Loan Issuance
    - o Monthly U.S. Investment Grade Corporate Debt Issuance
    - o Monthly U.S. High Yield Corporate Debt Issuance
- SIFMA
    - o Quarterly U.S. Non-Agency CMBS and RMBS Issuance
    - o Quarterly U.S. ABS Issuance
    - o Quarterly U.S. Municipal Issuance

# Appendix C
# Documents Considered

- o Quarterly U.S. CDO Issuance
- o Quarterly European Structured Finance Issuance
- ABAlert.com
  - o Issuers of Worldwide Asset- and Mortgage-Backed Securities, 2006-2008
  - o Managers of US Asset-Backed Securities, 2006-2008
  - o Bookrunners of US Asset-Backed Securities, 2006-2008
  - o Bookrunners of US MBS, 2006-2008
  - o Bookrunners of Worldwide Structured Finance Deals, 2006-2008
- International Monetary Fund
  - o Price data for Markit ABX.HE.AAA and ABX.HE.BBB Indices
- CMAlert.com
  - o US CMBS Bookrunners, 2006-2008
- Federal Housing Finance Agency
  - o Monthly House Price Indexes for Census Divisions and US: January 1991 – October 2009
- Standard & Poor's
  - Case-Shiller Home Price Indices, January 1987-January 2009

# Exhibit 1A

## U.S. Debt Issuance
### Q1 2001 – Q4 2008
Source: SDC; SIFMA



Note: Non-Agency MBS contains Prime RMBS, Alt-A RMBS, and CMBS. U.S. Subprime RMBS is included in U.S. ABS Issuance. U.S. CDO issuance represents the subset of global CDOs that were issued in US dollars. There was no available data for CMBS issuance in Q4 2008.



**Exhibit 1B**

## U.S. and European Structured Finance Issuance
### Q1 2001 – Q4 2008
Source: SIFMA

**Total Issuance (in Billions)**

Legend:
- ■ U.S. CDO Issuance
- ■ U.S. Non-Agency RMBS Issuance
- ■ U.S. CMBS Issuance
- ■ U.S. ABS Issuance
- ■ European Structured Finance Issuance

Y-axis: $0, $100, $200, $300, $400, $500, $600, $700, $800, $900

X-axis: Q1 2001, Q2 2001, Q3 2001, Q4 2001, Q1 2002, Q2 2002, Q3 2002, Q4 2002, Q1 2003, Q2 2003, Q3 2003, Q4 2003, Q1 2004, Q2 2004, Q3 2004, Q4 2004, Q1 2005, Q2 2005, Q3 2005, Q4 2005, Q1 2006, Q2 2006, Q3 2006, Q4 2006, Q1 2007, Q2 2007, Q3 2007, Q4 2007, Q1 2008, Q2 2008, Q3 2008, Q4 2008

Note: U.S. Subprime RMBS is included in U.S. ABS Issuance. European structured finance issuance includes ABS, CMBS, CDO, and RMBS. U.S. CDO issuance represents the subset of global CDOs that were issued in US dollars. There was no available data for CMBS issuance in Q4 2008.

**Exhibit 2**

# U.S. RMBS Issuance
## Q1 2002 – Q4 2008
Source: Inside Mortgage Finance Publications



Total Issuance (in Billions)

- Subprime RMBS Issuance
- Alt-A RMBS Issuance
- Prime RMBS Issuance

Note: Excludes Agency RMBS.

# Exhibit 3
# Top Structured Finance Issuers, Managers, and Bookrunners Holding Moody's Stock[1,2]
## 2006 – 2008

Source: *Thomson Financial; ABAlert; CMAlert*

| Structured Finance Issuer / Manager / Bookrunner | 2006 | | 2007 | | 2008 | |
|---|---|---|---|---|---|---|
| | Average Moody's Shares[3] | % of Total Shares Out | Average Moody's Shares[3] | % of Total Shares Out | Average Moody's Shares[3] | % of Total Shares Out |
| Bank of America Corp. | 768,615 | 0.269% | 1,303,870 | 0.484% | 2,018,046 | 0.828% |
| Barclays Bank PLC | 10,525,392 | 3.681% | 13,510,218 | 5.015% | 10,447,615 | 4.288% |
| Bear Stearns & Co. Inc. | 113,762 | 0.040% | 484,904 | 0.180% | 203,875 | 0.084% |
| Citigroup Inc. | 221,675 | 0.078% | 351,881 | 0.131% | 269,543 | 0.111% |
| Credit Suisse Group AG | 736,126 | 0.257% | 999,740 | 0.371% | 902,614 | 0.370% |
| Deutsche Bank | 1,259,744 | 0.441% | 907,142 | 0.337% | 728,037 | 0.299% |
| GMAC | 42,000 | 0.015% | 262,899 | 0.098% | - | |
| Goldman Sachs & Company | 9,000,912 | 3.148% | 8,881,577 | 3.297% | 4,144,168 | 1.701% |
| ING Groep N.V. | 177,462 | 0.062% | 98,038 | 0.036% | 368,164 | 0.151% |
| J.P. Morgan Chase & Co. | 550,177 | 0.192% | 393,585 | 0.146% | 383,906 | 0.158% |
| Lehman Brothers, Inc. | 73,893 | 0.026% | 252,716 | 0.094% | 72,774 | 0.030% |
| Lloyds TSB Bank PLC | 26,041 | 0.009% | - | - | - | |
| Merrill Lynch & Company | 357,792 | 0.125% | 748,672 | 0.278% | 540,136 | 0.222% |
| Morgan Stanley | 5,169,233 | 1.808% | 7,639,149 | 2.836% | 8,685,495 | 3.565% |
| Wachovia Corporation | 667,459 | 0.233% | 556,525 | 0.207% | 527,019 | 0.216% |
| Wells Fargo | 400,275 | 0.140% | 361,306 | 0.134% | 822,346 | 0.338% |
| **Total** | 30,090,557 | 10.524% | 36,752,221 | 13.642% | 30,113,735 | 12.360% |

Note:

1 Entities in top 10 dollar volume of (1) US bookrunners (ABS, MBS, and CMBS); (2) US ABS managers; or (3) worldwide ABS, MBS, and CDO issuers at least once from 2006-2008 (as reported by ABAlert and CMAlert) who also held Moody's shares at some point during the same period.

2 Overall, at least 40 entities that are identified by ABAlert and CMAlert as top structured finance issuers, managers, and bookrunners purchased or held Moody's shares at some point during 2006-2008.

3 Yearly average shares calculated as the average of the holdings as of the end of each quarter. Entities with the same identifiable parent are aggregated. Thomson Financial collects holdings data from 13-F filings with the SEC, among other sources. The SEC only requires institutions report long positions.

# Exhibit 4A

## Top 20 Institutional Investors of Moody's Corporation
### As of Year End 2005 – 2008

Source: Thomson Financial

| Rank | 12/31/05 Institutional Investor | Total Holdings | 12/31/06 Institutional Investor | Total Holdings | 12/31/07 Institutional Investor | Total Holdings | 12/31/08 Institutional Investor | Total Holdings |
|---|---|---|---|---|---|---|---|---|
| 1 | Berkshire Hathaway Inc. | 48,000,000 | Berkshire Hathaway Inc. | 48,000,000 | Berkshire Hathaway Inc. | 48,000,000 | Berkshire Hathaway Inc. | 48,000,000 |
| 2 | Davis Selected Advisers, LP | 18,971,712 | Davis Selected Advisers, LP | 19,005,735 | Davis Selected Advisers, LP | 18,547,115 | Davis Selected Advisers, LP | 18,851,455 |
| 3 | Goldman Sachs & Company | 14,036,797 | Barclays Bank PLC | 12,393,498 | Sands Capital Management, LLC | 13,999,316 | MSDW & Company | 13,969,316 |
| 4 | Sands Capital Management, LLC | 10,893,717 | Sands Capital Management, LLC | 11,611,701 | MSDW & Company | 12,278,650 | Barclays Bank PLC | 12,278,650 |
| 5 | Baillie Gifford & Co. | 8,775,662 | Baillie Gifford & Co. | 10,388,808 | Barclays Bank PLC | 11,187,034 | Amvescap Plc London | 11,187,034 |
| 6 | Fidelity Management & Research | 8,594,862 | Goldman Sachs & Company | 8,111,563 | Amvescap Plc London | 9,778,632 | State Street Corporation | 9,778,632 |
| 7 | Barclays Bank PLC | 8,469,662 | State Street Corpora ion | 8,042,301 | T. Rowe Price Associates, Inc. | 9,676,863 | Longview Asset Mgmt, LLC | 9,676,863 |
| 8 | State Street Corporation | 7,221,829 | Fidelity Management & Research | 7,654,884 | Amvescap PLC London | 6,934,732 | Sands Capital Management, LLC | 6,934,732 |
| 9 | Janus Capital Management LLC | 6,762,855 | State Street Corporation | 7,564,638 | State Street Corporation | 6,692,218 | Vanguard Group, Inc. | 6,692,218 |
| 10 | Delaware Management Co. | 6,401,166 | Janus Capital Management LLC | 6,482,783 | Vanguard Group, Inc. | 6,377,844 | Goldman Sachs & Company | 6,377,844 |
| 11 | Vanguard Group, Inc. | 5,890,256 | Goldman Sachs & Company | 6,167,821 | Goldman Sachs & Company | 4,733,020 | Mellon Bank NA | 5,889,461 |
| 12 | WCM Investment Mgmt, Inc. | 4,600,254 | Mellon Bank NA | 5,522,928 | T. Rowe Price Associates, LP | 3,877,900 | T. Rowe Price Associates, Inc. | 5,522,575 |
| 13 | Loomis, Sayles & Company, LP | 4,557,080 | MSDW & Company | 5,285,209 | Neuberger Berman, LLC | 3,675,550 | Select Equity Group, Inc. | 5,346,759 |
| 14 | MSDW & Company | 4,098,161 | American Cent Investment Mgmt. | 4,166,862 | John W. Bristol & Co, Inc. | 3,674,825 | Neuberger Berman, LLC | 4,970,131 |
| 15 | Northern Trust Corp. | 3,915,958 | Atticus Capital, LP | 3,427,400 | Alliance Dresdner Asset Mgmt AM | 3,661,179 | Capital World Investors | 4,290,000 |
| 16 | Mellon Bank NA | 3,551,996 | Northern Trust Corp. | 3,363,185 | Fidelity Management & Research | 3,267,339 | Aronson + Johnson + Ortiz LP | 4,279,200 |
| 17 | Putnam Investment Mgmt, LLC | 2,659,663 | Putnam Investment Mgmt, LLC | 2,766,609 | Northern Trust Corp. | 3,008,524 | Wellington Management Co. LLP | 3,073,192 |
| 18 | Harris Associates LP | 2,578,905 | Mackenzie Financial Corp | 2,675,700 | Axa Financial, Inc. | 2,967,859 | Janus Capital Management LLC | 2,659,950 |
| 19 | College Retire Equities | 2,411,334 | Grantham Mayo Van Otterloo & Co. | 2,522,128 | Alex. Brown Investment Mgmt | 2,962,250 | Northern Trust Corp. | 2,563,030 |
| 20 | Marathon Asset Management LLP | 2,368,676 | Maraco Capital Mgmt, LLC | 2,419,329 | Oppenheimer Funds, Inc. | 2,702,952 | Lord, Abbett & Co. LLC | 2,187,709 |
| Total Holdings of Top 20 Institutions | | 174,760,746 | | 177,571,082 | | 178,600,002 | | 179,080,734 |
| % of Total Shares Outstanding | | 59.16% | | 63.46% | | 69.12% | | 70.92% |

Note: Thomson Financial collects holdings data from 13-F filings with the SEC, among other sources. The SEC only requires institutions report long positions.

# Exhibit 4B

## Estimated Quarterly Net Institutional Holdings of Moody's Corporation Common Stock

### 12/31/05 – 12/31/07

Source: *Bloomberg; Thomson Financial*

| | 12/31/05 | 3/31/06 | 6/30/06 | 9/30/06 | 12/31/06 | 3/31/07 | 6/30/07 | 9/30/07 | 12/31/07 |
|---|---|---|---|---|---|---|---|---|---|
| Total Holdings of All Institutions (Net of Short Interest)[1] | 255,088,285 | 254,890,125 | 238,181,048 | 237,255,015 | 243,782,313 | 248,823,795 | 244,808,759 | 229,826,342 | 226,269,239 |
| Number of Institutions | 462 | 463 | 436 | 442 | 475 | 480 | 433 | 439 | 424 |
| % of Total Shares Outstanding plus Short Interest[2] | 85.02% | 85.03% | 80.56% | 82.74% | 85.89% | 87.22% | 83.87% | 77.86% | 77.04% |

Note:

[1] Total holdings of all institutions are adjusted by subtracting outstanding short interest.

[2] Total shares outstanding plus short interest is used as the denominator in the percentage.

# Exhibit 5

## Moody's Corporation vs. S&P 500
## Actual and Implied Stock Price Volatility
## 11/3/05 – 1/24/09

Source: *Bloomberg*



Note: 30-day volatilities are equal to the annualized standard deviation of the relative price change for the 30 most recent trading days' closing prices. The implied volatility is equal to the weighted average of the volatilities derived from the closest out-of-the-money call option and the closest out-of-the-money put option. VIX refers to the Chicago Board Options Exchange's Volatility Index, which is based on the S&P 500 Index and estimates expected volatility by averaging the weighted prices of S&P 500 Index puts and calls over a wide range of strike prices. All volatilities and VIX values are obtained directly from Bloomberg. The two break points correspond to BNP Paribas' suspension of redemptions from three of its funds on August 9, 2007 and Lehman Brothers' bankruptcy on September 15, 2008.

# Exhibit 6

## In Re: Moody's Corporation Securities Litigation
## Summary of Alleged Misstatements and Corrective Disclosures
### 4/1/03 – 10/22/08

Source: CRSP; Bloomberg; Plaintiffs' Consolidated Amended Complaint; Plaintiffs' Class Certification Memorandum; Opinion and Order filed February 23, 2009

| Date[1] | Alleged Misstatements | Moody's Return[2] | Next Day Moody's Return[2] |
|---|---|---|---|
| 4/1/03 | Moody's releases the report "Moody's Mortgage Metrics: A Model Analysis of Residential Mortgage Pools" in which Moody's represented that it conducted independent assessments of loan originator standards and practices. (Complaint ¶111). | 1.73% | 0.55% |
| 6/2/05 | Moody's publishes its "Code of Professional Conduct". (Complaint ¶66). | -0.30% | -0.32% |
| 3/1/06 | Moody's files its 2005 10-K and reiterates that its ratings are independent. (Complaint ¶73, 80). | 2.07% | -0.57% |
| 3/23/06 | Moody's publishes its 2005 Annual Report to Shareholders and reiterates that its ratings are independent. (Complaint ¶71-2). | 0.29% | 1.22% |
| 3/1/07 | Moody's files its 2006 10-K and reiterates that its ratings are independent. (Complaint ¶73, 80). | 2.21% | -0.08% |
| 3/2/07 | Moody's publishes its 2006 Annual Report to Shareholders and comments that revenue growth is tied to ratings independence and quality. (Complaint ¶83). | -0.05% | -1.16% |
| 4/2/07 | Moody's reiterates that its MBS rating methodology involves the review of elements of the origination and servicing processes of mortgage loans, such as mortgage loan underwriting quality, underwriting guidelines, appraisal standards, quality assurance processes, and loan originators' historical performance. (Complaint ¶112). | -1.26% | 0.18% |
| 10/2/07 | Moody's states that because lender's loan origination and underwriting practices could ultimately explain significant differences in transaction performance, Moody's reviews the underwriting guidelines, operations and loan performance history of originators and makes rating distinctions based on its assessment of origination quality. (Complaint ¶112). | 1.76% | -3.10% |

| Date[1] | Alleged Disclosures | Moody's Return[2] | Next Day Moody's Return[2] |
|---|---|---|---|
| 8/2/07 | It is reported that Senator Richard Shelby, the top Republican on the U.S. Senate Banking, Housing, and Urban Affairs Committee, had remarked that rating agencies must shoulder some responsibility for the subprime mortgage crisis. (Complaint ¶400). | -8.18% | 1.96% * |
| 10/1/07 | Moody's reveals in a presentation entitled "RMBS and CDO Update (Rating Actions)" that it had separated mortgage originators into three quality tiers, that mortgage performance varied significantly across those tiers, and that its future loss projections for 2006 vintage subprime loans would be adjusted upwards due to originator tiering and other factors. In the presentation, Moody's also reports on its October 11, 2007 downgrades of 2006 vintage subprime RMBS. (Complaint ¶122, Endnote 9). | 0.49% | -2.41% |
| 10/17/07 | Moody's releases reports that cite deteriorating mortgage origination standards for losses in the subprime market and that again discuss Moody's October 11, 2007 downgrades of 2006 vintage subprime RMBS. (Complaint ¶113, 122, Endnotes 8-9). | -1.00% | -0.42% |
| 10/24/07 | Moody's reports Q3 2007 financial and operational results and lowers its 2007 guidance due to declines in revenues from structured finance. Moody's also announces expenditure cuts, a "soft freeze" on hiring, and an unspecified "restructuring" charge. (Complaint ¶377-9, 400, Endnote 95). | -3.06% | -5.66% |
| 10/25/07 | A Wall Street Journal front-page article reveals a specific example of how "ratings shopping" pressures led Moody's to relax its ratings standards. (Complaint ¶347, 352). | -5.66% | 0.14% |
| 4/11/08 | A Wall Street Journal front-page article reveals a specific example of how "ratings shopping" pressures led Moody's to relax its ratings standards. (Complaint ¶347, 352). | -3.80% | -2.07% |
| 5/21/08 | The Financial Times reports that Moody's had misrated billions of dollars worth of CPDOs as a result of an error in its computer model and that rather than correcting the error, Moody's had instead amended the methodology employed in order to maintain the prior ratings. (Complaint ¶383-4, 399, 400). | -15.92% | -4.50% |
| 10/22/08 | A hearing on credit rating agencies is held before the U.S. Congressional House Oversight and Government Reform Committee. (Memorandum, pp. 5-6). | -11.07% | -2.17% |

Note:

[1] The dates included are the alleged misstatement and corrective disclosure days according to the Plaintiffs' Class Certification Memorandum and the Opinion and Order filed February 23, 2009.

[2] All returns are adjusted for splits and dividends. Moody's statistically significant abnormal returns during the putative Class Period are denoted by an asterisk (*). Due to the increase in volatility after the financial crisis started, the putative Class Period is divided into three parts. The first sub-period runs from February 3, 2006 through August 8, 2007, the day before BNP Paribas suspended redemptions from three of its funds due to subprime problems. The second sub-period runs from August 9, 2007 through September 12, 2008, the Friday prior to Lehman Brothers filing for bankruptcy. The third sub-period runs from September 15, 2008 to October 22, 2008. Within each sub-period, expected returns are calculated as a function of three factors: a) the return on the NYSE/Nasdaq Composite Index, b) the return on the S&P 500 Financials Index, and c) the return of an equal-weighted index of the returns of the publicly traded parents of Fitch and Standard & Poors, Fitch and McGraw-Hill, respectively.

# Exhibit 7

## Year-over-Year Percent Change in Home Prices
### January 2000 – January 2009
Source: FHFA/OFHEO; Standard & Poor's



Note: Federal Housing Finance Agency (FHFA) data is seasonally adjusted and reported monthly for the U.S. as a whole. Case-Shiller data is for the 10-City Metropolitan Area, which includes Boston, Chicago, Denver, Las Vegas, Los Angeles, Miami, New York, San Diego, San Francisco, and Washington D.C. Percent change is calculated on a year-to-year basis using the index values from the month in question and the same month in the preceding year.

# Exhibit 8

## Spread Between Merrill Lynch High Yield Bond Index and Intermediate Maturity U.S. Treasury Bonds
### 2/1/90 – 12/31/08
Source: *Bloomberg*; Federal Reserve



Note: The yield spread presented here is the average spread of the Merrill Lynch High Yield Master Index over 5, 7, and 10 year Treasury notes.

# Exhibit 9

## Asset-Backed Commercial Paper Outstanding
### 1/1/01 – 10/22/08
Source: U.S. Federal Reserve



Note: Outstanding commercial paper amounts are calculated by the U.S. Federal Reserve Board and can be either seasonally adjusted using "the Bell Labs seasonal adjustment method" or unadjusted. This chart shows seasonally unadjusted data. The weekly series peaks on 8/8/07.



**Exhibit 10**

## TED Spread and LIBOR-OIS Spread

12/5/01 – 10/22/08

*Source: Bloomberg*

Note: The TED spread is the difference between the 3 month LIBOR rate and the 3 month U.S. Treasury rate. The LIBOR-OIS spread is the difference between the 3 month LIBOR rate and the 3 month Overnight Index Swap (OIS) rate, which is tied to the Federal Funds rate. Increases in the TED and LIBOR-OIS spreads are generally associated with increased perceived counterparty risk and lower liquidity.

# Exhibit 11

## ABX.HE.AAA and BBB Indices: 2/3/06 – 10/22/08

Source: *Bloomberg; IMF*



Note: ABX.HE indices are liquid, tradable indices referencing subprime mortgage-backed securities. Data for the four AAA series and four BBB series are displayed "on the run," such that only the most recent vintage is shown at all times. For both the AAA and BBB series, the dashed vertical lines represent the start dates of the new 06-2, 07-1, and 07-2 series, which are 7/19/06, 1/19/06, 1/19/07, and 7/19/07, respectively. IMF data for the 07-2 series are supplemented by Bloomberg data after 7/17/08.

# Exhibit 12

## Structured Finance-Related Write-downs for Select Financial Institutions

### Q3 2007 – Q4 2008

Source: *ABAlert; Bloomberg; Annual and Quarterly Reports; Federal Reserve; SEC Filings*
*(all figures in millions)*

| Financial Institution[1] | Alt-A RMBS, Subprime RMBS, and CDO-related Write-downs[2] | | | | | | | Total Write-downs[3] |
|---|---|---|---|---|---|---|---|---|
| | Q3 2007 | Q4 2007 | Q1 2008 | Q2 2008 | Q3 2008 | Q4 2008 | Total | |
| Citigroup Inc. | $ - | $17,635.00 | $ 7,020.00 | $ 3,825.00 | $ 1,547.00 | $ 5,900.00 | $ 35,927.00 | $ 123,899.80 |
| Wachovia Corp. | $ - | $ 818.00 | $ 483.00 | $ 390.00 | $ - | $ - | $ 1,691.00 | $ 101,887.00 |
| Bank of America Corp. | $ - | $ 5,280.00 | $ 1,470.00 | $ 645.00 | $ 952.00 | $ 1,720.00 | $ 10,067.00 | $ 89,305.00 |
| JPMorgan Chase & Co. | $ 379.00 | $ 1,371.00 | $ - | $ - | $ - | $ - | $ 1,750.00 | $ 63,134.00 |
| UBS AG | $ 4,400.00 | $12,800.00 | $13,324.00 | $ 1,400.00 | $ 1,100.00 | $ (400.00) | $ 32,624.00 | $ 57,212.76 |
| Merrill Lynch & Co. | $ 6,900.00 | $ 9,864.00 | $ 1,472.00 | $ - | $ 5,700.00 | $ - | $ 23,936.00 | $ 55,904.00 |
| Royal Bank of Scotland Group Plc | $ - | $ 1,307.65 | $ - | $ 3,766.22 | $ - | $ 1,584.70 | $ 6,658.57 | $ 53,177.94 |
| HSBC Holdings Plc | $ - | $ - | $ 500.00 | $ 466.00 | $ - | $ 442.00 | $ 1,408.00 | $ 50,476.00 |
| Washington Mutual Inc. | $ - | $ - | $ - | $ - | $ 5,761.00 | $ - | $ 5,761.00 | $ 45,329.00 |
| Barclays Bank PLC | $ - | $ 3,244.33 | $ 982.82 | $ 756.43 | $ - | $ - | $ 4,983.58 | $ 40,361.90 |
| Morgan Stanley | $ - | $ - | $ 1,200.00 | $ - | $ - | $ - | $ 1,200.00 | $ 23,388.00 |
| Credit Suisse Group AG | $ - | $ 1,183.69 | $ 2,721.50 | $ - | $ - | $ - | $ 3,905.19 | $ 20,034.70 |
| ING Groep N.V. | $ - | $ - | $ 79.03 | $ 85.04 | $ 575.91 | $ 2,759.91 | $ 3,499.88 | $ 19,855.32 |
| Société Générale | $ 176.32 | $ 1,581.50 | $ 553.18 | $ 31.50 | $ (443.55) | $ 89.08 | $ 1,988.02 | $ 19,168.52 |
| **Total** | **$ 11,855.32** | **$ 55,085.18** | **$ 29,850.52** | **$ 11,365.18** | **$ 15,192.36** | **$ 12,095.69** | **$ 135,399.24** | **$ 763,133.94** |

Note:

[1] This includes the top 20 banks or insurers with the highest total write-downs as listed in *Bloomberg's* write-down and credit infusion (<WDCI>) database, which displays credit-related losses and capital infusions. The included banks were also among the top 20 firms listed in *ABAlert's* Issuers of Worldwide Asset- and Mortgage-Backed Securities or Bookrunners of Worldwide Structured Finance Deals at some point during the period 2006 – 2008. Note that the Issuers of Worldwide Asset- and Mortgage-Backed Securities reports also take CDO issuance into account.

[2] Write-downs are collected from the *Bloomberg* write-down and credit infusion (<WDCI>) database. Only firms with the following types of write-downs are factored into the above calculations: those related to Subprime RMBS (SUB), Alt-A RMBS (ALT), and CDOs (CDO). Write-downs denominated in foreign currency are converted to U.S. Dollars based on the foreign exchange rate on the last day of the relevant quarter. These rates are published daily by the Federal Reserve.

[3] Total write-downs includes all credit-related write-downs listed in *Bloomberg* from Q3 2007 – Q4 2008. In addition to the above write-downs, they include non-mortgage asset-backed securities (ABS), auction rate securities (ARS), credit default swaps or other derivatives (CDS), CMBS and commercial real estate (CMBS), subsidiaries or investments in other firms or corporate debt (CORP), credit costs or loan chargeoffs or increased provisions (COST), leveraged loans or collateralized loan obligations (LEV), monolines (MONO), other or uncategorized mortgages or mortgage-related securities (MTGE), revaluation reserve or other comprehensive income (OCI), prime mortgages or securities (PRI), uncategorized residential mortgage asset write-downs (RES), SIVs or asset-backed commercial paper (SIV), trading losses (TRA) or unspecified losses (UNS).

# Exhibit 13

## Moody's Corporation vs.
## the NYSE Index, S&P 500 Financials Index, and Peers

Source: *CRSP; Bloomberg*



Note: All prices are adjusted for splits and dividends. All indices are pegged to MCO's adjusted closing stock price of $62.04 on 7/2/07. Fimalac returns are based on dollar-denominated closing prices calculated by Bloomberg on a daily basis; Euro-denominated Fimalac dividends were converted to dollar amounts using closing Euro spot prices.

# Exhibit 14

## Moody's Corporation Financial Performance and U.S. Debt Issuance
### Q1 2001 – Q4 2008

Source: Moody's Corporation Presentations; SDC; SEC Filings; SIFMA



Note: Quarterly data is used to track Moody's ratings revenues and structured finance ratings revenue from Q1 2001 to Q4 2008. Total U.S. ratable debt issuance data from SDC and SIFMA includes RMBS, CMBS, ABS, syndicated loans, high yield corporate debt, investment grade corporate debt, CDOs, and municipal debt. U.S. structured finance issuance includes RMBS, CMBS, ABS, and CDOs. Issuance totals do not include agency MBS. From Q1 2005 to Q4 2008, Moody's structured finance revenues are adjusted retroactively for the business reclassification that began in January 2008. Prior to Q1 2005, structured finance revenues are taken as of the filing date of the relevant SEC filings.

# Exhibit 15

## Moody's Corporation: Median Analyst EPS Forecasts
### 2/3/06 – 10/22/08
Source: *I/B/E/S*



Note: For each fiscal year, solid lines represent the median EPS forecast, which is calculated for the two years prior to the actual EPS announcement using all available forecasts from the six banks that provide forecasts for the 2006 – 2008 period. These banks are as follows: Bank of America Merrill Lynch; Citi; Goldman Sachs; JPMorgan; Morgan Stanley; and William Blair & Company. Dotted lines represent the actual EPS figure for each fiscal year and are displayed from the day after the previous year's EPS announcement to the day preceding the announcement of that year's figure.

# Exhibit 16

## Moody's Corporation Ratings Revenue by Segment
### Q1 2005 – Q1 2009

Source: SEC Filings; Moody's Corporation Presentations



Note: The above revenue totals are adjusted retroactively for the business reclassification that began in January 2008. The exhibit draws upon quarterly data. Beginning in January 2008, there were several realignments within the Moody's Investors Service lines of business. Sovereign and sub-sovereign ratings, which were previously part of financial institutions; infrastructure/utilities ratings, which were previously part of corporate finance; and project finance, which was previously part of structured finance, were combined with the public finance business to form a new line of business called public, project and infrastructure finance. In addition, real estate investment trust ratings were moved from financial institutions and corporate finance to the structured finance business. Furthermore, in August 2008, the global managed investments ratings group, previously part of the structured finance business, was combined with the financial institutions business. The "All Other" revenue category refers to all non-ratings revenues, which includes proceeds from Moody's KMV, Moody's Analytics, intersegment royalty, and/or research. The "All Other" revenue category has been calculated as total Moody's Corporation revenues minus Moody's ratings revenues.

# Exhibit 17

# Moody's Corporation Structured Finance Revenue by Asset Class
## Q1 2006 – Q2 2009

Source: SEC Filings; Moody's Corporation Presentations



Note: Prior to Q1 2007, total structured finance revenue is taken as of the reported date from the SEC filings, and the breakdown in structured finance revenue is taken from Moody's Corporation Presentation on December 3, 2007. From Q1 2007 to Q4 2008, total structured finance revenue is adjusted retroactively for the business reclassification that began in January 2008 and is taken from Moody's Corporation Presentation on February 23, 2010. Total revenue for Q1 and Q2 2009 is taken as of the reported date from SEC filings. The breakdown in structured finance revenue from Q1 2007 to Q4 2007, from Q1 2008 to Q4 2008, and from Q1 2009 to Q2 2009 is taken from Moody's Corporation Presentations on January 6, 2009, June 9, 2009 and February 23, 2010, respectively. The CREF (commercial real estate finance) sub-segment includes REITs, commercial real estate CDOs, CMBS, and real estate finance. It was created during Moody's January 2008 business reclassification by combining the CMBS segment with the REIT ratings from the financial institutions and corporate finance segments. Prior to Q1 2007, CREF revenue is approximated by combining the CMBS segment with the REIT ratings from the financial institutions and corporate finance segments. Prior includes asset-backed commercial paper and long-term asset-backed securities.

# Exhibit 18

## Moody's Corporation Intraday Stock Trades and Cumulative Volume
## August 20, 2007

Source: *TAQ; CRSP; Bloomberg; Factiva*



At 6:33 AM, it is reported that Senator Richard Shelby, the top Republican on the U.S. Senate Committee on Banking, Housing, and Urban Affairs, remarked that rating agencies must "shoulder some responsibility" for the subprime crisis. However, he also cautions that legislators should try not to "overregulate the market." Moreover, the Committee's Chairman, Senator Christopher Dodd, had previously called for an examination of the rating agencies' role in the subprime mortgage meltdown. For instance, on August 1, 2007, Dodd commented that the U.S. SEC needs additional authority to eliminate credit rating agencies' inherent conflicts of interest. On August 17, 2007, during market hours, Senator Dodd expressed "great concern" about how rating agencies valued mortgage-related assets.

Banc of America Securities, JPMorgan Securities, and Wachovia Securities price Moody's $300 million private debt placement, which was announced the previous week. (Time Unknown).

Before market open, JP Morgan downgrades McGraw-Hill due to concerns that turmoil in the U.S. credit markets could cut revenue at the Standard & Poor's division.

Closing price on 8/17/07: $49.98

Closing price on 8/20/07: $45.89

Market Close - 4:00 PM

Market Open - 9:30 AM

# Exhibit 19

## Moody's Corporation vs.
## the S&P 500 Financials Index Following 5/21/08 Announcement
### 5/20/08 – 7/10/08

Source: *CRSP*; *Bloomberg*; *Factiva*; Analyst Reports; SEC Filings



**5/21/08 (pre-open):**
The *Financial Times* reports on Moody's alleged masking of an error in its CPDO ratings methodology. Sen. Schumer urges the SEC to impose sanctions on Moody's if these allegations proves correct.

**5/22/08 (pre-open):**
Connecticut's Attorney General (AG) says he has subpoenaed Moody's as part of an antitrust investigation.

**5/27/08:**
The SEC states it is widening its examination of ratings agencies.

**5/29/08 (pre-open):**
The IOSCO issues a revised code of conduct for ratings agencies.

**6/3/08 – 6/5/08:**
The *Financial Times* reports that New York's AG has reached an agreement with the ratings agencies regarding fee reforms for MBS-related credit ratings. After two days of speculation, the AG confirms this report. The SEC endorses the terms of the agreement. Moody's states that any changes stemming from regulatory probes are unlikely to have a significant impact on the firm's core business model or operations.

**6/11/08:**
The SEC meets to propose additional regulatory requirements for ratings agencies. These requirements, which analysts say contain few surprises, primarily address conflicts of interest and disclosure issues. A proposal is subsequently published on 6/16/08.

**7/1/08:**
Moody's announces the results of an external investigation into the *Financial Times'* 5/21/08 allegations. No employees are found to have made methodological changes to mask the reported error.

**7/8/08:**
The SEC releases a report discussing various concerns about the ratings agencies and suggesting that the firms improve their practices. The ratings agencies are reported to be cooperative and working to address the SEC's concerns.

S&P 500 Financials

Moody's

Note: All prices are adjusted for splits and dividends. The S&P 500 Financials Total Returns Index is pegged to MCO's adjusted closing stock price of $43.90 on 5/20/08.

# Exhibit 20

## Example Institutional Members of the Proposed Class
## Quarterly Holdings of Moody's Corp. Stock
### 6/30/07 – 12/31/08

Source: *Thomson Financial*

| Rank | Institutional Investor[1] | 6/30/07 | 9/30/07 | 12/31/07 | 3/31/08 | 6/30/08 | 9/30/08 | 12/31/08 |
|---|---|---|---|---|---|---|---|---|
| 1 | MARSICO CAPITAL MGMT, L.L.C. | 12,695,111 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2 | ATTICUS CAPITAL, L.P. | 5,876,899 | 3,896,353 | 1,644,600 | 0 | 0 | 0 | 0 |
| 3 | LATEEF INVESTMENT MGMT, L.P. | 3,716,452 | 2,367,641 | 0 | 0 | 0 | 0 | 0 |
| 4 | ALLIANZ DRESDNER ASSET MGMT AM | 3,550,822 | 3,766,392 | 3,661,179 | 845,732 | 22,663 | 7,607 | 0 |
| 5 | RENAISSANCE TECHNOLOGIES CORP. | 2,014,100 | 1,204,500 | 704,200 | 678,800 | 0 | 29,500 | 0 |
| 6 | EMINENCE CAPITAL, L.L.C. | 1,785,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 7 | U.S. TRUST COMPANY N.A. | 1,580,734 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | GRANTHAM MAYO VAN OTTERLOO&CO. | 1,449,900 | 281,000 | 54,000 | 30,900 | 8,800 | 0 | 129,500 |
| 9 | GATES CAPITAL MANAGEMENT, INC. | 731,601 | 1,276,840 | 492,713 | 0 | 0 | 0 | 0 |
| 10 | FARLEY, STEPHEN L | 672,447 | 2,020,971 | 0 | 0 | 0 | 0 | 0 |
| 11 | MFS INVESTMENT MANAGEMENT | 550,716 | 968,822 | 782,280 | 72,100 | 0 | 0 | 0 |
| 12 | UBS O'CONNOR, L.L.C. | 476,407 | 0 | 0 | 0 | 31,600 | 0 | 0 |
| 13 | GENERAL MOTORS ASSET MGMT | 408,855 | 174,834 | 18,000 | 0 | 0 | 0 | 0 |
| 14 | CAXTON ASSOCIATES, L.L.C. | 395,436 | 100,000 | 363,600 | 286,757 | 150,002 | 0 | 46,856 |
| 15 | HIGHBRIDGE CAPITAL MGMT, LLC | 384,512 | 45,916 | 142,843 | 0 | 0 | 0 | 314,865 |
| 16 | WINSLOW CAPITAL MGMT. INC. | 356,000 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17 | TIMESSQUARE CAPITAL MGMT, LLC | 334,700 | 567,900 | 569,400 | 0 | 0 | 0 | 0 |
| 18 | ALGERT COLDIRON INVESTORS L.L. | 297,045 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19 | PROFIT INVESTMENT MANAGEMENT | 293,803 | 281,800 | 0 | 0 | 0 | 0 | 0 |
| 20 | DSM CAPITAL PARTNERS, LLC | 275,745 | | | | | | |
| **Total** | | 37,846,285 | 16,952,969 | 8,432,815 | 1,914,289 | 213,065 | 37,107 | 491,221 |
| | % of Total Shares Outstanding | 13.02% | 6.35% | 3.26% | 0.78% | 0.09% | 0.02% | 0.20% |

Note:

[1] Examples of institutional investors who purchased Moody's stock during the putative class period, held Moody's stock on 6/30/07, and dropped to zero total holdings at some point prior to December 31, 2008. Thomson Financial collects holdings data from 13-F filings with the SEC, among other sources. The SEC only requires institutions report long positions.