# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY



September 17, 2012

By Facsimile

The Honorable George B. Daniels,
    United States District Judge,
        United States Courthouse,
            500 Pearl Street,
                New York, New York 10007.

    Re:    In re Moody's Corporation Securities Litigation,
               No. 07-cv-8375 (GBD)

**SO ORDERED:**
*George B Daniels*
George B. Daniels, U.S.D.J.

**Dated:** SEP 18 2012

Dear Judge Daniels:

        On September 14, 2012, defendants electronically filed their Notice of Motion for Summary Judgment, docket number 108, in the above-referenced action. Defendants also filed the following documents in support of their Motion for Summary Judgment: (i) Defendants' Memorandum of Law in Support of Their Motion for Summary Judgment (docket number 109), (ii) Defendants' Local Civil Rule 56.1 Statement of Material Facts as to Which There Is No Genuine Issue to Be Tried (docket number 110), and (iii) the Declaration of Sharon L. Nelles (docket numbers 111 and 113). After filing, we discovered that these documents contained certain errors and we have re-filed corrected versions at docket numbers 112, 114 and 115. As discussed with Your Honor's Court Deputy, Elizabeth Vega, we respectfully request that this Court enter an order directing that the clerk remove from ECF docket numbers 109, 110, 111 and 113.

        Respectfully submitted,

        *Sarah Stoller*
        Sarah Stoller

cc:    Daniel Hume
        (Kirby McInerney, LLP)

        Michael Yarnoff
        (Barroway Topaz Kessler Meltzer & Check LLP)

        Lionel Glancy
        (Glancy, Binkow & Goldberg, LLP)

        Jonathan Gardner
        (Labaton Sucharow LLP)