# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

SEP 24 2012

September 20, 2012

<u>By Hand</u>

The Honorable George B. Daniels,
    United States District Judge,
        United States Courthouse,
           500 Pearl Street,
                New York, New York 10007.

           Re:    *In re Moody's Corporation Securities Litigation,*
                    No. 07-cv-8375 (GBD)

Dear Judge Daniels:

        We represent defendants Moody's Corporation and Raymond McDaniel Jr. in the above-referenced matter. With the permission of plaintiffs, we respectfully request that the Court enter an order permitting defendants to file under seal certain documents that plaintiffs wish to be treated as confidential under the Confidentiality Stipulation and Protective Order, entered by the Court on March 15, 2010 (the "Protective Order").

        On September 17, 2012, defendants electronically filed the Declaration of Sharon L. Nelles and accompanying exhibits. (*See* docket entry # 115). Exhibits 10, 11, 12 and 46 consist of (i) excerpts from the deposition transcripts of the three plaintiffs in this action concerning their trading activities and (ii) plaintiffs' trading records. It is the plaintiffs' position that these exhibits contain confidential information and are entitled to confidential treatment under the Protective Order. Accordingly, on ECF, defendants filed slipsheets indicating that these documents would be filed under seal.

        We respectfully request that the Court enter an order, by endorsing this letter, allowing defendants to file under seal full and complete versions of Exhibits 10, 11, 12 and 46 to the Declaration of Sharon L. Nelles, docket entry #115.

                                            Respectfully submitted,

                                            */s/ Sharon L. Nelles*
                                            Sharon L. Nelles

cc:    Daniel Hume (by e-mail)
        (Kirby McInerney, LLP)

The Honorable George B. Daniels -2-

    Michael Yarnoff (by e-mail)
    (Barroway Topaz Kessler Meltzer & Check LLP)

    Lionel Glancy (by e-mail)
    (Glancy, Binkow & Goldberg, LLP)

    Jonathan Gardner (by e-mail)
    (Labaton Sucharow LLP)

So Ordered:

DATED: SEP 2 6 2012

_____
George B. Daniels
United States District Judge