

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | CASE NO. 1:07-CV-8375-GBD |

## [PROPOSED] SEVENTH STIPULATION AND AMENDMENT TO SCHEDULING ORDER

WHEREAS, this Court entered the Report of Rule 26(f) Conference and Scheduling Order (the "Scheduling Order") on November 4, 2008, as amended by the First, Second, Third, Fourth, Fifth, and Sixth Stipulations and Amendments to Scheduling Order (the "Amended Scheduling Orders") on April 9, 2010, July 22, 2010, and September 3, 2010, September 20, 2010, January 31, 2012 and August 22, 2012 respectively;

WHEREAS, this Court's August 22, 2012 Stipulation and Amendment to the Scheduling Order provided the following briefing schedule on the summary judgment motions on materiality, reliance and loss causation (the "limited issues"):

a. Motions for summary judgment related to the limited issues shall be filed and served on or before September 14, 20012.

b. Responses shall be filed and served on or before October 29, 2012.

c. Replies shall be filed and served on or before November 19, 2012.

d. Oral argument shall be set for December 12, 2012 at 10:00 a.m.

WHEREAS, on September 14, 2012, Defendants filed their motion for summary judgment on the limited issues;

WHEREAS, because of the many religious holidays over the next few weeks as well as travel and court schedule conflicts with Plaintiffs' counsel, Plaintiffs request a small extension to the briefing schedule;

WHEREAS, on September 27, 2012, Plaintiffs' counsel conferred with Defendants' counsel who are agreeable to the extension to the briefing schedule;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action that the Amended Scheduling Orders are further amended as follows:

1. **New Schedule on Summary Judgment Briefing.** The parties shall adhere to the following schedule:

    a. Responses shall be served on or before November 16, 2012.

    b. Replies shall be served on or before December 21, 2012.

    c. Oral argument shall be set by the Court for a date in January 2013 or any other date that is convenient for the Court.

**KIRBY McINERNEY LLP**

By: _____
Daniel Hume
dhume@kmllp.com
Ira M. Press
David Bishop
825 Third Avenue
New York, NY 10022
Telephone: (212) 371-6600
Facsimile: (212) 751-2540

**SULLIVAN & CROMWELL, LLP**

By: _____
Sharon L. Nelles
Nelless@sullcrom.com
Stephen Ehrenberg
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants*

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
Michael K. Yarnoff
Margaret Onasch
280 King of Prussia Road
Radnor, PA 190887
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**GLANCY, BINKOW & GOLDBERG, LLP**
Lionel Z. Glancy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Co-Lead Counsel for Lead Plaintiffs*

**LABATON SUCHAROW LLP**
Jonathan Gardner
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

*Counsel for Plaintiffs*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: OCT 04 2012

George B. Daniels
United States District Judge