UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

*In re* MOODY'S CORPORATION
SECURITIES LITIGATION

No. 07-CV-8375 (GBD)

------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned attorney, Daniel W. Meyler, of the law firm Sullivan & Cromwell LLP, hereby appears as counsel in the above-captioned action for defendant Moody's Corporation and individual defendant Raymond W. McDaniel, Jr.

Dated: December 18, 2012
New York, New York

/s/ Daniel W. Meyler
Daniel W. Meyler
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 291-9426
E-mail: meylerd@sullcrom.com

*Attorney for Defendants*