**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MOODY'S CORPORATION SECURITIES LITIGATION | Case No. 1:07-CV-8375-GBD<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Kevin F. Ruf, an attorney at Glancy Binkow & Goldberg LLP, for admission to practice Pro Hac Vice in the above captioned action, is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Applicant's Name:   Kevin F. Ruf

Firm Name:   Glancy Binkow & Goldberg LLP

Address:   1925 Century Park East, Suite 2100, Los Angeles, CA 90067

Phone Number:   (310) 201-9150

Fax Number:   (310) 201-9160

Email Address:   kevinruf@gmail.com; info@glancylaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs in the above entitled action:

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____ JAN 07 2013

_____
Honorable George B. Daniels
United States District Judge