**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

In re Moody's Corporation Securities Litigation        :

07 Civ. 8375

ORDER

------------------------------------- x

GEORGE B. DANIELS, District Judge:

Oral argument on Plaintiffs' Motion for Summary Judgment (Doc. # 108) will be adjourned to April 9, 2013 at 10:00 am.

Dated: January 14, 2013
       New York, New York

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge